ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax: (408) 292-1045

Attorneys for Plaintiff
Vladimir A. Balarezo

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| VLADIMIR A. BALAREZO, individually and on behalf of others similarly situated<br><br>Plaintiff,<br>vs.<br><br>NTH CONNECT TELECOM INC., AND STEVEN CHEN,<br><br>Defendants | Case No.:C07-05243 JF<br><br>**CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL:**<br>1). Violation of California Labor Code §1194; 2). Violations of The Fair Labor Standards Act (Non-payment of overtime); 3). Violation of Labor Code §226.7; 4). "Waiting Time" Penalties under California Labor Code §203; and 6). For Restitution of Unpaid Wages in Violation of California Unfair Trade Practices Act under Business and Professions Code § 17203 |

Plaintiff demands a trial by jury for causes of action alleged in his Complaint.

Dated:  October 12, 2007            DAL BON & WANG
                                    ADAM WANG


                                    By:   /s/ ADAM WANG           .
                                       Attorney for Plaintiff
                                       Vladimir Balarezo

1                                                                    Case No.

**JURY DEMAND**
Balarezo . v. NTH Connect Telecom Inc., et al.