BALAREZO,VLADIMIR A
New Hire

#0144
Married/03

| | Gross | | | | SS/Med Fed Wt | | CA DIS | TOOLS | Net Pay Check #100010901 |
|---|---|---|---|---|---|---|---|---|---|
| REGLAR | 7.0000 | 77.50 | 799.75 | | 61.18 | 11.13 | 6.40 | | 231.83 489. |
| O/TIME | 10.5000 | 24.50 | 542.50 | | | | | | |
| | | | 257.25 | | | | | | |

Client: O3A
NTH CONNECT TELECOM INC

## Payroll Register

Period Covered: **10/15/2005 - 10/28/2005**
Check Date: **11/07/2006**

Run: 27
Week: 44
Qtr: 4
Page: 4

*2875.22*
*10 55.0 2*

**EXHIBIT A**


EASYPAY

| BALAREZO,VLADIMIR A | #0144 Married/03 | Gross REGLAR O/TIME BONUS1 | 7.0000 10.5000 | 80.00 31.50 | 1,199.25 560.00 330.75 308.50 SS/Med Fed Wt | 91.74 CA State 51.08 CA DIS | 4.08 9.50 TOOLS | 316.83 | Net Pay Check #100010968 725.9☐ |

Client: O3A
NTH CONNECT TELECOM INC

Payroll Register

Period Covered:  10/29/2006 - 11/11/2006
Check Date:  11/21/2006

Run: 28
Week: 46
Qtr: 4
Page: 5


EASYPAY

BALAREZO,VLADIMIR A

#0144
Married/03

| Gross | | | | SS/Med | CA State | | TOOLS | Net Pay |
|---|---|---|---|---|---|---|---|---|
| REGLAR | 7.0000 | 80.00 | 1,801.25 | Fed Wt | CA DIS | | | 179.34 |
| O/TIME | 10.5000 | 22.00 | 560.00 | 137.80 | 138.26 | 24.09 | | Check #100011043 |
| BONUS1 | | | 231.00 | | | 14.41 | | 1307035 |
| | | | 1,010.25 | | | | | |

Client: O3A
NTH CONNECT TELECOM INC



**Payroll Register**

Period Covered: 11/12/2006 - 11/25/2006
Check Date:      12/05/2006

Run:   29
Week:  49
Qtr:   4
Page:  5

ALAREZO, VLADIMIR A

| #0144 Married/03 | Gross | | | SS/Med Fed Wt | | Net Pay | 1619.09 |
|---|---|---|---|---|---|---|---|
| | REGLAR | 7.0000 | 80.00 | 1,983.75 | 151.76 CA State | 31.39 | Check #100011124 ☐ |
| | O/TIME | 10.5000 | 22.00 | 560.00 | 165.64 CA DIS | 15.87 | |
| | BONUS1 | | | 231.00 | | | |
| | | | | 1,192.75 | | | |

Client:  O3A

NTH CONNECT TELECOM INC

**Payroll Register**

Period Covered:  11/26/2006 - 12/09/2006
Check Date:  12/19/2006

Run:   30
Week:  50
Qtr:   4
Page:  6



**BALAREZO, VLADIMIR A**

| | #0144 Married/03 | Gross | | | | | |
|---|---|---|---|---|---|---|---|
| | | REGLAR | 7.0000 | 80.00 | 2,074.75 | SS/Med | 158.72 | CA State | 32.75 | Net Pay Check #100011206 ☐ |
| | | O/TIME | 10.5000 | 22.00 | 560.00 | Fed Wt | 176.69 | CA DIS | 12.45 | |
| | | BONUS1 | | | 231.00 | | | | | 1694.1 |
| | | | | | 1,283.75 | | | | | |



Client: O3A
NTH CONNECT TELECOM INC

**Payroll Register**

Period Covered: 12/10/2006 - 12/23/2006    Run: 1
Check Date: 01/02/2007             Week: 52
                          Qtr: 1
                          Page: 6

EASYPAY

BALAREZO,VLADIMIR A
Rate Change

#0144
Married/03

| Gross | | | | SS/Med | CA State | TOOLS | Net Pay |
|---|---|---|---|---|---|---|---|
| REGULAR | 7.5000 | 80.00 | 1,985.01 | Fed Wt | 151.85 | 29.16 | Check #100011295 |
| O/TIME | 11.2500 | 13.50 | 600.00 | CA DIS | 163.23 | 11.91 | 225.00 |
| BONUS1 | | | 151.88 | | | | |
| | | | 1,233.13 | | | | |

Period Covered:   12/24/2006 - 01/06/2007
Check Date:        01/16/2007

Client: O3A
NTH CONNECT TELECOM INC

## Payroll Register

Run:
Week:     2
Qtr:      1
Page:     6

1403


ADP
EASYPAY

ALAREZO,VLADIMIR A          #0144
                            Married/03

| Gross | | | SS/Med | | | TOOLS | Net Pay |
|---|---|---|---|---|---|---|---|
| REGLAR | 7.5000 | 72.00 | Fed'Wt | 124.85 | CA State | 15.04 | Check #100011390 |
| O/TIME | 11.2500 | 23.25 | | 110.28 | CA DIS | 9.79 | 1147.04 |
| BONUS1 | | | | | | | |

1,632.00
540.00
261.56
830.44

225.00

Client: O3A
NTH CONNECT TELECOM INC

Payroll Register

Period Covered: 01/07/2007 - 01/20/2007
Check Date:     01/30/2007

Run:   3
Week:  4
Qtr:   1



LAREZO,VLADIMIR A

| | #0144 Married/03 | Gross REGULAR O/TIME BONUS1 | | | 1,462.25 600.00 385.31 476.94 | SS/Med Fed/Wt | 111.86 CA State 84.82 CA DIS | 8.41 TOOLS 8.77 | 175.00 | Net Pay Check #100011484 1073.39 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 7.5000 11.2500 | 80.00 34.25 | | | | | | |

Client: O3A
NTH CONNECT TELECOM INC

**Payroll Register**

Period Covered: 01/21/2007 - 02/03/2007     Run:        4
Check Date:        02/13/2007                Week:      6
                                            Qtr:        1

**Co. File #**   **Clock**   **Number**
EJG 100144        81558006

**Worked In Dept:**
**Home Dept:**

*Nth Connect Telecom*

## Earnings Statement

**Period End:** 02/17/2007
**Pay Date:** 02/27/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 28.75 | 323.44 |
| | 10 - Piece Work | 3 | | 1,208.81 |

| Gross Pay | | | | 2,132.25 |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| Federal Income Tax | | | | 185.32 |
| Social Security | | | | 132.20 |
| Medicare | | | | 30.92 |
| State Worked In: California | CA | | | 35.06 |
| SUI/SDI: California (taxing) | 75 | | | 12.80 |

| | Other | | | Amount |
|---|---|---|---|---|
| | 32 - Tools | | | 175.00 |

| Net Pay | | | | 1,560.95 |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|---|---|---|---|---|

Print      Close

**Co. File #  Clock  Number**
EJG 100144    81558007

**Earnings Statement**

**Worked In Dept:**
**Home Dept:**

**Period End:** 02/17/2007
**Pay Date:** 02/27/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Gross Pay |  |  |  | 0.00 |

| Deductions | Statutory | | | Amount |
|------------|-----------|--|--|--------|
|  | Other |  |  | Amount |
|  | 17 - Expnse |  |  | -240.00 |

| Net Pay |  |  |  | 240.00 |

| Memos | Code |  |  | Amount |
|-------|------|--|--|--------|

Print    Close

**Co. File #    Clock    Number**
EJG 100144          81558228

**Worked In Dept: 000004**
**Home Dept: 000004**

*Nth Connect Telecom*

**Earnings Statement**

**Period End:** 03/03/2007
**Pay Date:** 03/13/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Regular |  |  | 80.00 | 600.00 |
| Overtime |  |  | 32.50 | 365.63 |
|  | 10 - Piece Work | 3 |  | 843.33 |

| **Gross Pay** | | | | **1,808.96** |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|------------|-----------|---|---|--------|
| Federal Income Tax |  |  |  | 136.83 |
| Social Security |  |  |  | 112.15 |
| Medicare |  |  |  | 26.23 |
| State Worked In: California | CA |  |  | 22.12 |
| SUI/SDI: California (taxing) | 75 |  |  | 10.85 |

| | Other | | | Amount |
|---|-------|---|---|--------|
|  | 33 - Gas Reimb |  |  | -135.80 |

| **Net Pay** | | | | **1,636.58** |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|-------|------|---|---|--------|

Print    Close

**Earnings Statement**

| Co. File # | Clock | Number |
| --- | --- | --- |
| EJG 100144 | | 81558229 |

Worked In Dept: 000004
Home Dept: 000004

Period End: 03/03/2007
Pay Date: 03/13/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
| --- | --- | --- | --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| **Gross Pay** | | | | 0.00 |

| Deductions | Statutory | | | Amount |
| --- | --- | --- | --- | --- |

| | Other | | | Amount |
| --- | --- | --- | --- | --- |
| | 17 - Expnse | | | -220.00 |

| Net Pay | | | | 220.00 |
| --- | --- | --- | --- | --- |

| Memos | Code | | | Amount |
| --- | --- | --- | --- | --- |

Print      Close

**Earnings Statement**

Co. File #    Clock    Number
EJG 100144              81558229

Worked In Dept: 000004
Home Dept: 000004

**Period End:** 03/03/2007
**Pay Date:** 03/13/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| | | | | |
| **Gross Pay** | | | | 0.00 |

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| | Other | | | Amount |
| | 17 - Expnse | | | -220.00 |
| **Net Pay** | | | | 220.00 |

| Memos | Code | | | Amount |
|---|---|---|---|---|

Print    Close

**Earnings Statement**

Co.  File #    Clock    Number
EJG 100144              81558358

Worked In Dept: 000004
Home Dept: 000004

Period End:  03/17/2007
Pay Date: 03/27/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Regular |  |  | 80.00 | 600.00 |
| Overtime |  |  | 37.50 | 421.88 |
|  | 10 - Piece Work | 3 |  | 742.13 |

| **Gross Pay** |  |  |  | **1,764.01** |
|----------|------|---------|-------|--------|

| Deductions | Statutory |  | Amount |
|------------|-----------|--|--------|
| Federal Income Tax |  |  | 130.09 |
| Social Security |  |  | 109.37 |
| Medicare |  |  | 25.58 |
| State Worked In: California | CA |  | 20.33 |
| SUI/SDI: California (taxing) | 75 |  | 10.59 |

| | Other | | Amount |
|--|-------|--|--------|
|  | 33 - Gas Reimb |  | -776.00 |

| **Net Pay** |  |  | **2,244.05** |
|------------|-----------|--|--------|

| Memos | Code | | Amount |
|-------|------|--|--------|

Print    Close

**Earnings Statement**

Co. File #   Clock   Number
EJG 100144          81558359

Worked In Dept: 000004
Home Dept: 000004

Period End: 03/17/2007
Pay Date: 03/27/2007

*Nth Connect Telecom*

Vladimir A Balarezo
2631 Renton Way
Castro Valley, CA
94546

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| | | | | |
| Gross Pay | | | | 0.00 |

| Deductions | Statutory | | | Amount |
|------------|-----------|---|---|--------|
| | Other | | | Amount |
| | 17 - Expnse | | | -260.00 |

| Net Pay | | | | 260.00 |

| Memos | Code | | | Amount |
|-------|------|---|---|--------|

Print     Close

## Earnings Statement

Co.  File #    Clock    Number
EJG 100144              81558481

**Worked In Dept:** 000004
**Home Dept:** 000004

*Nth Connect Telecom*

**Period End:** 03/31/2007
**Pay Date:** 04/10/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 38.00 | 427.50 |
| | 10 - Piece Work | 3 | | 1,095.60 |

| **Gross Pay** | | | | **2,123.10** |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| Federal Income Tax | | | | 183.95 |
| Social Security | | | | 131.63 |
| Medicare | | | | 30.78 |
| State Worked In: California | CA | | | 34.69 |
| SUI/SDI: California (taxing) | 75 | | | 12.73 |

| | Other | | | Amount |
|---|---|---|---|---|
| | 33 - Gas Reimb | | | -601.40 |

| **Net Pay** | | | | **2,330.72** |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|---|---|---|---|---|

Print    Close

**Earnings Statement**

Co. File #    Clock    Number
EJG 100144            81558605

**Worked In Dept:** 000004
**Home Dept:** 000004

**Period End:** 04/14/2007
**Pay Date:** 04/24/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 42.50 | 478.13 |
| | 10 - Piece Work | 3 | | 1,069.93 |
| **Gross Pay** | | | | **2,148.06** |

| Deductions | Statutory | | Amount |
|---|---|---|---|
| Federal Income Tax | | | 187.70 |
| Social Security | | | 133.18 |
| Medicare | | | 31.15 |
| State Worked In: California | CA | | 35.69 |
| SUI/SDI: California (taxing) | 75 | | 12.89 |
| | Other | | Amount |
| | 33 - Gas Reimb | | -640.20 |
| **Net Pay** | | | **2,387.65** |

| Memos | Code | | Amount |
|---|---|---|---|

Print      Close

**Earnings Statement**

Co. File #   Clock   Number
EJG 100144           81558749

Worked In Dept: 000004
Home Dept: 000004

*Nth Connect Telecom*

Period End: 04/28/2007
Pay Date: 05/08/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Regular |  |  | 80.00 | 600.00 |
| Overtime |  |  | 42.75 | 480.94 |
|  | 10 - Piece Work | 3 |  | 1,098.16 |

| Gross Pay | | | | 2,179.10 |
|-----------|-|-|-|----------|

| Deductions | Statutory | Amount |
|------------|-----------|--------|
| Federal Income Tax |  | 192.35 |
| Social Security |  | 135.11 |
| Medicare |  | 31.60 |
| State Worked In: California | CA | 37.21 |
| SUI/SDI: California (taxing) | 75 | 13.08 |

| | Other | Amount |
|-|-------|--------|
| | 33 - Gas Reimb | -698.40 |

| Net Pay | | 2,468.15 |
|---------|-|----------|

| Memos | Code | Amount |
|-------|------|--------|

Print     Close

**Co. File #    Clock    Number**
EJG 100144              81558906

**Worked In Dept: 000004**
**Home Dept: 000004**

*Nth Connect Telecom*

## Earnings Statement

**Period End:** 05/12/2007
**Pay Date:** 05/22/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 43.00 | 483.75 |
| | 10 - Piece Work | 3 | | 1,047.10 |

| **Gross Pay** | | | | **2,130.85** |
|---|---|---|---|---|

| Deductions | Statutory | | Amount |
|---|---|---|---|
| Federal Income Tax | | | 185.11 |
| Social Security | | | 132.11 |
| Medicare | | | 30.89 |
| State Worked In: California | CA | | 35.00 |
| SUI/SDI: California (taxing) | 75 | | 12.78 |

| | Other | | Amount |
|---|---|---|---|
| | 33 - Gas Reimb | | -358.90 |

| **Net Pay** | | | **2,093.86** |
|---|---|---|---|

| Memos | Code | | Amount |
|---|---|---|---|

Print      Close

## Earnings Statement

Co. File #   Clock   Number
EJG 100144           81559077

Worked In Dept: 000004
Home Dept: 000004

**Period End:** 05/26/2007
**Pay Date:** 06/05/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 41.75 | 469.69 |
| | 10 - Piece Work | 3 | | 1,008.16 |
| **Gross Pay** | | | | **2,077.85** |

| Deductions | Statutory | | | Amount |
|------------|-----------|--|--|--------|
| Federal Income Tax | | | | 177.16 |
| Social Security | | | | 128.83 |
| Medicare | | | | 30.13 |
| State Worked In: California | CA | | | 32.88 |
| SUI/SDI: California (taxing) | 75 | | | 12.47 |
| | **Other** | | | **Amount** |
| | 33 - Gas Reimb | | | -698.40 |
| **Net Pay** | | | | **2,394.78** |

| Memos | Code | | | Amount |
|-------|------|--|--|--------|

Print     Close

| Co.  File #    Clock    Number |
| --- |
| EJG 100144         81559077 |

**Worked In Dept:** 000004
**Home Dept:** 000004

*Nth Connect Telecom*

## Earnings Statement

**Period End:** 05/26/2007
**Pay Date:** 06/05/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
| --- | --- | --- | --- | --- |
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 41.75 | 469.69 |
| | 10 - Piece Work | 3 | | 1,008.16 |
| **Gross Pay** | | | | **2,077.85** |

| Deductions | Statutory | | | Amount |
| --- | --- | --- | --- | --- |
| Federal Income Tax | | | | 177.16 |
| Social Security | | | | 128.83 |
| Medicare | | | | 30.13 |
| State Worked In: California | CA | | | 32.88 |
| SUI/SDI: California (taxing) | 75 | | | 12.47 |
| | **Other** | | | **Amount** |
| | 33 - Gas Reimb | | | -698.40 |
| **Net Pay** | | | | **2,394.78** |

| Memos | Code | | | Amount |
| --- | --- | --- | --- | --- |

Print       Close

Co.  File #   Clock   Number
EJG  100144            81559243

**Worked In Dept: 000004**
**Home Dept: 000004**

*Nth Connect Telecom*

## Earnings Statement

**Period End:** 06/09/2007
**Pay Date:** 06/19/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 38.50 | 433.13 |
| | 10 - Piece Work | 3 | | 729.33 |

| Gross Pay | | | | 1,762.46 |
|---|---|---|---|---|

| Deductions | Statutory | | Amount |
|---|---|---|---|
| Federal Income Tax | | | 129.86 |
| Social Security | | | 109.27 |
| Medicare | | | 25.56 |
| State Worked In: California | CA | | 20.26 |
| SUI/SDI: California (taxing) | 75 | | 10.57 |
| | **Other** | | **Amount** |
| | 33 - Gas Reimb | | -960.30 |

| Net Pay | | | 2,427.24 |
|---|---|---|---|

| Memos | Code | | Amount |
|---|---|---|---|

Print     Close

**Co. File #   Clock   Number**
EJG 100144         81559405

**Worked In Dept: 000004**
**Home Dept: 000004**

*Nth Connect Telecom*

## Earnings Statement

**Period End:** 06/23/2007
**Pay Date:** 07/03/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 36.75 | 413.44 |
| | 10 - Piece Work | 3 | | 416.81 |

| **Gross Pay** | | | | **1,430.25** |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|------------|-----------|---|---|--------|
| Federal Income Tax | | | | 80.02 |
| Social Security | | | | 88.68 |
| Medicare | | | | 20.74 |
| State Worked In: California | CA | | | 7.77 |
| SUI/SDI: California (taxing) | 75 | | | 8.59 |

| | Other | | | Amount |
|---|-------|---|---|--------|
| | 33 - Gas Reimb | | | -1,164.00 |

| **Net Pay** | | | | **2,388.45** |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|-------|------|---|---|--------|

Print     Close

Co. File #  Clock  Number
EJG 100144        81559558

Worked In Dept: 000004
Home Dept: 000004

*Nth Connect Telecom*

**Earnings Statement**

Period End: 07/07/2007
Pay Date: 07/17/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 37.75 | 424.69 |
| | 10 - Piece Work | 3 | | 623.56 |

| **Gross Pay** | | | | **1,648.25** |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|------------|-----------|--|--|--------|
| Federal Income Tax | | | | 112.72 |
| Social Security | | | | 102.19 |
| Medicare | | | | 23.90 |
| State Worked In: California | CA | | | 15.70 |
| SUI/SDI: California (taxing) | 75 | | | 9.88 |
| | **Other** | | | **Amount** |
| | 33 - Gas Reimb | | | -945.75 |

| **Net Pay** | | | | **2,329.61** |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|-------|------|--|--|--------|

Print    Close

**Earnings Statement**

Co. File #   Clock   Number
EJG 100144        81559633

Worked In Dept: 000001
Home Dept: 000001

Period End: 07/21/2007
Pay Date: 07/31/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Regular |  |  | 80.00 | 600.00 |
| Overtime |  |  | 46.00 | 517.50 |
|  | 10 - Piece Work | 3 |  | 707.50 |

| **Gross Pay** | | | | **1,825.00** |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|------------|-----------|---|---|--------|
| Federal Income Tax |  |  |  | 139.24 |
| Social Security |  |  |  | 113.15 |
| Medicare |  |  |  | 26.46 |
| State Worked In: California | CA |  |  | 22.77 |
| SUI/SDI: California (taxing) | 75 |  |  | 10.95 |

| | Other | | | Amount |
|---|-------|---|---|--------|
|  | 33 - Gas Reimb |  |  | -1,164.00 |

| **Net Pay** | | | | **2,676.43** |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|-------|------|---|---|--------|

Print    Close

## Earnings Statement

Co. File #    Clock    Number
EJG 100144              00000000

Worked In Dept: 000001
Home Dept: 000001

Period End: 08/04/2007
Pay Date: 08/14/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Regular |  |  | 56.00 | 420.00 |
| Overtime |  |  | 19.00 | 213.75 |
|  | 10 - Piece Work | 3 |  | 717.50 |

| Gross Pay |  |  |  | 1,351.25 |
|-----------|--|--|--|----------|

| Deductions | Statutory |  | Amount |
|------------|-----------|--|--------|
| Federal Income Tax |  |  | 68.17 |
| Social Security |  |  | 83.77 |
| Medicare |  |  | 19.59 |
| State Worked In: California | CA |  | 6.19 |
| SUI/SDI: California (taxing) | 75 |  | 8.11 |

| | Other | Amount |
|--|-------|--------|
|  | 33 - Gas Reimb | -582.00 |

| Net Pay |  |  | 1,747.42 |
|---------|--|--|----------|

| Memos | Code | Amount |
|-------|------|--------|

Print    Close

**Earnings Statement**

Co. File #   Clock   Number
EJG 100144           00000000

Worked In Dept: 000001
Home Dept: 000001

Period End: 08/04/2007
Pay Date: 08/14/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 8.00 | 60.00 |
| **Gross Pay** | | | | 60.00 |

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| Social Security | | | | 3.72 |
| Medicare | | | | 0.87 |
| SUI/SDI: California (taxing) | 75 | | | 0.36 |
| | Other | | | Amount |

| Net Pay | | | | 55.05 |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|---|---|---|---|---|

Print      Close