

**FRIEDMAN, ENRIQUEZ & CARLSON**

PAUL M. ENRIQUEZ
BARRY A. FRIEDMAN*
GRANT A. CARLSON

*ALSO ADMITTED IN ILLINOIS
‡ALSO ADMITTED IN NEW JERSEY

OF COUNSEL
RICHARD B. SKOLNICK
BARBARA S. LEMERMAN
KYLE P. KELLEY‡
DANA E. BUTLER

January 14, 2008

By Telefax (408) 292-1045 and U.S. Mail

Adam Q. Wang, Esq.
Dal Bon & Wang
12 South 1st Street, Suite 613
San Jose, California 95113

Re:   Balarezo v. Nth Connect Telecom, Inc.

Dear Mr. Wang:

Pursuant to the Court's scheduling order, we must hold our Rule 26 joint meet on or before January 25, 2008. We are available to hold the meeting during the week of January 21, 2008. Please let us know as soon as possible when you are available for the meeting.

If you have any questions about the above, please do not hesitate to call.

Very truly yours,

Grant A. Carlson

GAC:sg
ltr1

FRIEDMAN, ENRIQUEZ & CARLSON, LLP
LAW OFFICES
433 N. CAMDEN DRIVE, SUITE 965, BEVERLY HILLS, CALIFORNIA 90210   (310) 273-0777
FAX (310) 273-1115    EMAIL: GCARLSON@GO4LAW.COM

www.go4law.com

**EXHIBIT A**