## Dana Butler

**From:** Dana Butler
**Sent:** Friday, January 18, 2008 2:36 PM
**To:** Adam Wang
**Cc:** Grant Carlson
**Subject:** Balarezo v. Nth Connect Early Meeting

Dear Mr. Wang,

On Monday, January 14, 2008, we sent you a letter asking you for dates when the Rule 26 early meeting could take place. You have yet to respond to that letter. As you know, per the Court's Scheduling order, we must hold the meeting or before January 25, 2008. Please let us know as soon as possible when you are available to participate in the meeting.

Sincerely,

Dana E. Butler

Friedman, Enriquez & Carlson, LLP
433 N. Camden Drive, Suite 965
Beverly Hills, CA  90210
Tel. No. 310 273-0777
Fax No. 310 273-1115

The information contained in this e-mail message is intended only for the personal and confidential use of the intended recipient. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any review, use, dissemination, forwarding or copying of this e-mail message is strictly prohibited. If you are not the intended recipient of this e-mail message, please notify us immediately by reply e-mail or telephone, and delete this e-mail message and all attachments from your system

**EXHIBIT B**