## Dana Butler

**From:** Dana Butler
**Sent:** Thursday, January 31, 2008 1:10 PM
**To:** Dana Butler; 'Adam Wang'
**Subject:** Balarezo v. Nth Connect -- Continuance of Early Meeting

Dear Mr. Wang,

We are planning to file a motion to continue the initial case management conference to a date approximately one month following the hearing on our motion t to dismiss, or, alternatively, to move the initial case management conference to the same hearing date as our motion to dismiss. We would like to file the motion by the end of the business day today. Please let us know if you will stipulate to such continuance.

Sincerely,

Dana E. Butler

Friedman, Enriquez & Carlson, LLP
433 N. Camden Drive, Suite 965
Beverly Hills, CA  90210
Tel. No. 310 273-0777
Fax No. 310 273-1115

The information contained in this e-mail message is intended only for the personal and confidential use of the intended recipient. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any review, use, dissemination, forwarding or copying of this e-mail message is strictly prohibited. If you are not the intended recipient of this e-mail message, please notify us immediately by reply e-mail or telephone, and delete this e-mail message and all attachments from your system

**EXHIBIT C**