Comcast South Bay Broadband Installation
Bi-Weekly Payout: 10/29 to 11/11
Vehicle #:
Mileage In:
Mileage Out:
Total Mileage: 0
Tech Name: Vladimir Balazero

Deductions: $0.00
Total: $1,199.25

*Handwritten: Vladimir Balazero; 433-188*

San Jose

| Service | Code | Rate | 10/29 | 10/30 | 10/31 | 11/1 | 11/2 | 11/3 | 11/4 | Total (wk1) | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | Total (wk2) | Total Bi-Week | First week | Second week | Payroll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aerial New Connect | NAH | $23.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| UG New Connect | NUH | $18.00 | | | | | | 1 | | 1 | | | | | | | | 0 | 1 | 18 | 0 | 18.00 |
| MDU New Connect | NLB | $18.00 | | | | | | | | 0 | | | 1 | | | 1 | | 2 | 2 | 0 | 36 | 36.00 |
| Connect Existing A/O | E01 | $4.50 | | | | | 2 | | | 2 | | | 4 | | | | | 4 | 6 | 9 | 18 | 27.00 |
| Aerial Same Trip A/O | A01 | $9.00 | | | | | | | | 0 | | | | (2) | | | | 0 | 0 | 0 | 0 | 0.00 |
| UG Same Trip A/O | A01 | $9.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| MDU Same Trip A/O | A01 | $9.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| Additional outlet W/wallfish | WF1 | $27.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| Separate Trip A/O | ASU/ASW | $17.00 | | | | 1 | | | | 1 | | | (1) | | | (2) | | 0 | 1 | 17 | 0 | 17.00 |
| Service Tier Change | STC | $7.00 | | 2 | 7 | 17 | 12 | | | 38 | | 14 | | 2 | | 1 | (1) | 17 | 55 | 266 | 119 | 385.00 |
| Additional Digital Box/Upgrade | AD1 | $5.00 | | | | 1 | | | | 1 | | | | | | | | 0 | 1 | 5 | 0 | 5.00 |
| Cable Card Installs | CC1 | $7.50 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| Remove Drop (Video, HSI, Telephony) | RED | $10.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| Aerial/UG/MDU Drop Replacement | RPD | $10.00 | | | | | | | | 0 | | | | | (1) | | | 0 | 0 | 0 | 0 | 0.00 |
| Conduit Push (Video, HSI, Telephony) | CON | $10.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| Video Reconnect | REH | $18.25 | | | | | 1 | | | 1 | | 1 | | | | (1) | | 1 | 2 | 18.25 | 18.25 | 36.50 |
| Reconnect MDU | RLB | $18.25 | | | | | 3 | 3 | | 6 | | | 2 | | 3 | (2) | | 5 | 11 | 109.5 | 91.25 | 200.75 |
| Make Hot Tap | MHT | $8.00 | | | | | | | | 0 | | | (2?) | | | | | 0 | 0 | 0 | 0 | 0.00 |
| Disco | DXS | $6.00 | | 20 | 15 | | 2 | | | 37 | | 18 | | 4 | | | | 22 | 59 | 222 | 132 | 354.00 |
| Disco W/Equipment | DXE | $11.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| Satellite Dish Remove | SAL | $7.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| Self Installation Kit | SK1 | $3.00 | | | | | | | | 0 | | 1 | | | | | | 1 | 1 | 0 | 3 | 3.00 |
| Troubleshoot Non-Responding DCT/DVR | TNR | $20.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| Separate DCT Up Grade | SDB | $12.00 | | | | 1 | | | | 1 | | | | | | | | 0 | 1 | 12 | 0 | 12.00 |
| UG Drop Bury | | | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| UG Drop Bury - Conduit W/O Construction | | | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| UG Drop Bury - W/Construction | | | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| New C.H.S.I Premium | PNC | $50.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| Reconnect C.H.S.I Premium | PRC | $40.00 | | | | | | | | 0 | | | | (1) | | | | 0 | 0 | 0 | 0 | 0.00 |
| H.S.I Reconnect W/Home Networking | PRC W/HN1-5 | $63.25 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| H.S.I Reconnect W/Home Networking (MDU) | PRC W/HN1-5 | $58.25 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| H.S.I New W/Home Networking | PNC W/HN1-5 | $80.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| H.S.I New W/Home Networking (MDU) | PNC W/HN1-5 | $75.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| Combo-Premium New Connect | NVH | $60.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| Combo-Premium New Connect (MDU) | NVH | $55.00 | | | | | | | | 0 | | | | 1 | | | | 1 | 1 | 0 | 55 | 55.00 |
| Combo-Premium Reconnect | RVH | $50.00 | | | | | 1 | | | 1 | | | | | | (1) | | 0 | 1 | 50 | 0 | 50.00 |
| Combo-Premium Reconnect (MDU) | RVH | $50.00 | | | | | | | | 0 | | | | | | (1) | | 0 | 0 | 0 | 0 | 0.00 |
| Home Networking (1-5 Computers) | HN1+ | $14.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| CDV NEW CONNECT | CNC | $53.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| CDV RECONNECT | CRC | $40.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| TELEPHONE LINE | TEL | $9.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| RECONFIGURE PHONE | RPJ | $4.50 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| VERIFYING CUSTOMER ALARM | VCA | $6.75 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| DUAL INSTALL - NEW VIDEO AND CDV (SDU) | NVP | $62.50 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| DUAL INSTALL - NEW VIDEO AND CDV (MDU) | NVP | $55.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| DUAL INSTALL - NEW HSI AND CDV (SDU) | NHP | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| DUAL INSTALL - NEW HSI AND CDV (MDU) | NHP | $65.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| DUAL INSTALL - RECONNECT VIDEO AND CDV (SDU) | RVP | $50.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| DUAL INSTALL - RECONNECT VIDEO AND CDV (MDU) | RVP | $50.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| DUAL INSTALL - RECONNECT HSI AND CDV (SDU) | RHP | $55.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| DUAL INSTALL - RECONNECT HSI AND CDV (MDU) | RHP | $55.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| TRIPLE INSTALL - NEW VIDEO, HSI AND CDV (SDU) | NTC | $80.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| TRIPLE INSTALL - NEW VIDEO, HSI AND CDV (MDU) | NTC | $75.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| TRIPLE INSTALL - RECONNECT VIDEO, HSI AND CDV (SDU) | RTC | $65.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |
| TRIPLE INSTALL - RECONNECT VIDEO, HSI AND CDV (MDU) | RTC | $65.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 | 0 | 0.00 |

P00022    142    $726.75    $472.50    $1,199.25