Case 5:07-cv-05243-JF   Document 10-3   Filed 02/02/2008   Page 1 of 2

O3A

NTH CONNECT TELECOM, INC
1445 KOLL CIRCLE
SUITE 107
SAN JOSE, CA 95112

# Earnings Statement

**EasyPay (ADP)**

Pay Period: 10/29/2006 to 11/11/2006
Pay Date: 11/21/2006
Check #: 100010968

Employee Number: 0144
Department Number: 00
Social Security Number: XXX-XX-8701
Marital Status: MARRIED
Number Of Allowances: 03
Rate: 7.0000

**VLADIMIR A BALAREZO**
**2631 RENTON WAY**
**CASTRO VALLEY, CA 94546**

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGLAR | 80.00 | 560.00 | 1102.50 | FICA | 91.74 | 152.92 |
| O/TIME | 31.50 | 330.75 | 588.00 | FED WT | 51.08 | 62.21 |
| BONUS1 | | 308.50 | 308.50 | CA ST | 4.08 | 4.08 |
| | | | | CA DIS | 9.59 | 15.99 |
| | | | | TOOLS | 316.83 | |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $1,999.00 | $1,199.25 | $473.32 | $725.93 |

P00021