JAMES DAL BON (STATE BAR NUMBER 157942)
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
TEL: (408) 292-1040
FAX: (408) 292-1045

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| Abelardo Guerrero | Case No.: |
|---|---|
| Plaintiffs, | |
| vs. | CONSENT TO SUE UNDER FAIR LABOR STANDARDS ACT |
| Nth Connect Telecom, Inc | |
| Defendant(s) | |

I, hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, to recover any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with and any other associated parties.

I authorize Dal Bon & Wang and associated attorneys as well as any successors or assigns, to represent me in such action.

Dated: 10/19/07     By: /s/ Abel_____

Abelardo Guerrero

CONSENT TO SUE UNDER FLSA