1  JAMES DAL BON (STATE BAR NUMBER 157942)
   DAL BON & WANG
2  12 SOUTH FIRST STREET, SUITE 613
   SAN JOSE, CA 95113
3  TEL: (408) 292-1040
   FAX: (408) 292-1045
4
   ATTORNEYS FOR PLAINTIFFS
5

6                UNITED STATES DISTRICT COURT

7            FOR DISTRICT OF NORTHERN CALIFORNIA

8  Vladimir Balrarezo,                  | Case No.:
9          Plaintiffs,                  | CONSENT TO SUE UNDER FAIR LABOR
10    vs.                               | STANDARDS ACT
11 NTH Connect Telecom Inc.
12        Defendant(s)

13        I, hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29

14 U.S.C. §201 *et seq.*, to recover any unpaid minimum wages, overtime, liquidated damages,

15 attorneys' fees, costs and other relief arising out of my employment with NTH Connect Telecom

16 Inc. and any other associated parties.

17        I authorize Dal Bon & Wang and associated attorneys as well as any successors or

18 assigns, to represent me in such action.

19

20 Dated: 10|08|07                     By: _____
21                                          Vladimir Balarezo

22

23

24

25

                                    1

CONSENT TO SUE UNDER FLSA