UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, February 22, 2008
**Case Number:** CV-07-5243-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | VLADIMIR BALAREZO V. NTH CONNECT TELECOM INC., ET AL |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Attorneys Present: Adam Wang | Attorneys Present: Grant Carlson |

PROCEEDINGS:

Hearing on Motion to Dismiss held. Parties are present. The motion is taken under submission. The case is referred to Magistrate Judge Trumbull for settlement conference. Continued to 3/21/08 at 10:30 a.m. for further case management conference.