1  JAMES DAL BON (STATE BAR NUMBER 157942)
   DAL BON & WANG
2  12 SOUTH FIRST STREET, SUITE 613
   SAN JOSE, CA 95113
3  TEL: (408) 292-1040
   FAX: (408) 292-1045
4
   ATTORNEYS FOR PLAINTIFFS
5

6                   UNITED STATES DISTRICT COURT

7            FOR DISTRICT OF NORTHERN CALIFORNIA

8  Osmin Avila                          |Case No.:
9          Plaintiffs,                  |CONSENT TO SUE UNDER FAIR LABOR
       vs.                              |STANDARDS ACT
10
11 Nth Connect Telecom, Inc

12         Defendant(s)

13       I, hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29

14 U.S.C. §201 *et seq.*, to recover any unpaid minimum wages, overtime, liquidated damages,

15 attorneys' fees, costs and other relief arising out of my employment with

16 and any other associated parties.

17       I authorize Dal Bon & Wang and associated attorneys as well as any successors or

18 assigns, to represent me in such action.

19

20 Dated: _10 -17- 7_                    By: _____

21                                           Osmin Avila

22

23

24

25

                                        1
   CONSENT TO SUE UNDER FLSA