```
1  JAMES DAL BON (STATE BAR NUMBER 157942)
   DAL BON & WANG
2  12 SOUTH FIRST STREET, SUITE 613
   SAN JOSE, CA 95113
3  TEL: (408) 292-1040
   FAX: (408) 292-1045
4
5  ATTORNEYS FOR PLAINTIFFS
```

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| Victor Funez | Case No.: |
|---|---|
| Plaintiffs, vs. | CONSENT TO SUE UNDER FAIR LABOR STANDARDS ACT |
| Nth Connect Telecom, Inc | |
| Defendant(s) | |

I, hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, to recover any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with and any other associated parties.

I authorize Dal Bon & Wang and associated attorneys as well as any successors or assigns, to represent me in such action.

Dated: 10-17-7                            By: Victor Funez
                                              Victor Funez

CONSENT TO SUE UNDER FLSA