1  TOMAS E. MARGAIN, Bar No. 193555
   LAW OFFICES OF TOMAS E. MARGAIN
2  1550 Bryant Street, Suite 725
   San Francisco, CA 94103
3  Telephone:  415-861-9600
   Fax:        415-861-9622
4  margainlaw@hotmail.com

5  Attorney for Plaintiff

6
                    UNITED STATES DISTRICT COURT
7
              FOR NORTHERN DISTRICT OF CALIFORNIA
8

9  VLADIMIR A. BALAREZO, individually and    Case No.: C C07-05243 JF
   on behalf of others similarly situated
10                                            **NOTICE OF APPEARANCE OF TOMAS MARGAIN**
            Plaintiff,
11      vs.

12 NTH CONNECT TELECOM INC., AND
   STEVEN CHEN,
13
            Defendants
14
        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
15
        Please take notice that attorney Tomas Margain of Law Offices of Tomas Margain , 1550
16
   Bryant Street, Suite 725, San Francisco, CA 94103, hereby appears as additional attorney of
17
   record on behalf of the plaintiff Vladimir A. Balarezo.  Services of pleadings, papers, and
18
   documents required to be served in this action shall also be served on Tomas Margain at
19
   margainlaw@hotmail.com in addition to those attorneys already on record.
20

21

22 Dated: March 5, 2008                    By: /s/ Tomas Margain
                                               Tomas Margain
23                                             Attorney for Plaintiff
                                               Vladimir Balarezo
24

25

                                          1                               C07-5243 JF

**NOTICE OF APPEARANCE**
Balarezo v, Nth Connect Telecom Inc., et al.