ADAM WANG (STATE BAR NUMBER 210233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 286-6619
waqw@sbcglobal.net

TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone:   415-861-9600
Fax:               415-861-9622
margainlaw@hotmail.com

Attorney for Plaintiffs
Vladimir Balarezo & Osmin Avila

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| VLADIMIR BALAREZO & OSMIN AVILA, and on behalf of other similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>NTH CONNECT TELECOM INC., AND STEVEN CHEN,<br><br>Defendants | Case No.: Case No.: C07-01248 JF<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE**<br><br>Date:   April 11, 2008<br>Time:   9:00 am<br>Judge:   Honorable Jeremy Fogel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

THE NOTICE IS HEREBY GIVEN that on April 11, 2008 at 9:00 a.m., Plaintiffs for themselves and on behalf of all others similarly situated, will move as follows, pursuant to *Hoffmann-La Roche Inc v Sperling,* 493 U S 165 (1989):

(1)   Pursuant to the Fair Labor Standards Act ("FLSA") and cases interpreting it, that the Court conditionally certify this action as a representative collective action, 29 U.S..C. § 216(b);

(2)   Pursuant to the FLSA and cases interpreting it, that the Court facilitate and authorize notice of this action to prospective collective action members, consisting of all present

1                                                                                                             C07-01248 JF
**NOTICE OF PLAINTIFFS' MOTION FOR CONDITIONAL
CERTIFICATION OF FLSA COLLECTIVE ACTION**
Balarezo, et al. v. NTH Connect Telecom Inc., et al.

and former employees of Nth Connect Telecom Inc., who have held the position or performed the duties of the position known as Installation Technician, at any time from October 12, 2003 to the date of Court's Order (hereinafter "Techs");

    (3)    That the Court approve the proposed notice of this action and the consent form;

    (4)    That the Court order Nth Connect Telecom Inc. to produce to Plaintiffs' counsel the names, addresses, alternate addresses, social security numbers, and all telephone numbers of all Techs; that such information shall be provided in Microsoft Excel format to Plaintiffs' counsel within **10** days of the date of the Court's order granting Plaintiffs' Motion;

    (5)    That the Court order that all Techs shall have 120 days from the sending of Notice to postmark their Consents to Join and mail such Consents to Plaintiffs' counsel;

This motion is supported by the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Approval of *Hoffmann-La Roche* Notice, the Declaration of Vladimir Balarezo in support thereof, the Declaration of Osmin Avila in support thereof, the Declaration of Tomas E. Margain in support thereof, [Proposed] Order and accompanying Notice and Consent to be Party Plaintiff lodged herewith, the other records, pleadings, and papers filed in this action; and upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing of this motion.

Dated:  March 6, 2008                          By:  /s/ ADAM WANG
                                                       Adam Wang
                                                       Law Offices of Adam Wang
                                                       Attorney for Plaintiffs

                                                        /s/ TOMAS MARGAIN
                                                       Tomas Margain
                                                       Law Offices of Tomas
                                                       Attorney for Plaintiffs

**NOTICE OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION**
Balarezo, et al. v. NTH Connect Telecom Inc., et al.