**Comcast South Bay Broadband Installation**

Bi-Weekly Payout | 4/1 | to | 4/14
Vehicle #
Mileage In:
Mileage Out: | | | | | PAYROLL | $ 2,788.25
Total Mileage: | 0 | | | | Deductions | $0.00
Vladimir Balarezo | | | | | Total | $2,788.25

### Delta Valley

| VIDEO INSTALLS | CODE | Price | 4/1/2007 | 4/2/2007 | 4/3/2007 | 4/4/2007 | 4/5/2007 | 4/6/2007 | 4/7/2007 | Total | 4/8/2007 | 4/9/2007 | 4/10/2007 | 4/11/2007 | 4/12/2007 | 4/13/2007 | 4/14/2007 | Total | Total Bi Week | First Week | Second Week | Payroll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aerial SDU New Connect | NAH | $23.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| Underground New Connect | NUH | $18.00 | | | 1 | 1 | 2 | | | 4 | | | | | | | | 0 | 4 | $ 72.00 | $ - | $ 72.00 |
| Apartment MDU New Connect | NLB | $18.75 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| Reconnect SDU/ MDU | REH or RLB | $18.75 | | 1 | 1 | 1 | 2 | | | 5 | 2 | 1 | 1 | | 2 | | | 6 | 11 | $ 93.75 | $ 112.50 | $ 206.25 |
| Make Hot Tap (Restart) | MHT | $9.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| Connect Existing A/O | EO1 | $5.00 | 2 | 1 | 1 | 1 | 4 | 3 | | 12 | 1 | 2 | 4 | | 5 | | | 12 | 24 | $ 60.00 | $ 60.00 | $ 120.00 |
| Additional Outlet Same Trip | AO1 | $9.00 | | 2 | | 8 | 2 | 1 | | 13 | 2 | | 5 | | 8 | 3 | | 18 | 31 | $ 117.00 | $ 162.00 | $ 279.00 |
| Additional Outlet Separate Trip | ASU or ASW | $17.00 | | | | 1 | | | | 1 | | 1 | | 1 | | | | 2 | 3 | $ 17.00 | $ 34.00 | $ 51.00 |
| Drop Removal | RED | $10.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| Drop Replacement | RPD | $10.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| Cable Card Install | CC1 | $20.00 | | | | | | | | 0 | | | 1 | | 1 | | | 2 | 2 | $ - | $ 40.00 | $ 40.00 |
| House Amplifier | HAP | $5.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| Disconnect Video/HSI | DXS | $6.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| Disconnect with Equipment Pickup | DXE | $11.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| Upgrade/Downgrade Service Tier Change | STC | $13.00 | | | | | | | | 0 | | 1 | 1 | | 2 | 1 | | 5 | 5 | $ - | $ 65.00 | $ 65.00 |
| Up/Downgrade Additional Digital Box | AD1 | $6.00 | | 1 | | 1 | | | | 2 | | 4 | 1 | | 7 | | | 12 | 14 | $ 12.00 | $ 72.00 | $ 84.00 |
| Separate Trip DCT Upgrade | SDB | $13.00 | 2 | 1 | | | 2 | 2 | | 7 | 1 | 2 | 4 | 1 | 1 | 1 | | 10 | 17 | $ 91.00 | $ 130.00 | $ 221.00 |
| Customer Service Call | CSC | $23.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| Troubleshoot Non-Responding DCT | TNR | $23.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| Satellite Dish Removal | SAL | $9.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | | | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| **HSI INSTALL** | | | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| HSI Premium New Connect | PNC | $50.00 | | 1 | | | | | | 1 | | | | | | | | 0 | 8 | $ 50.00 | $ - | $ 50.00 |
| HSI Premium Reconnect | PRC | $40.00 | 1 | 2 | | 2 | 1 | | | 6 | 3 | 2 | | 1 | | 1 | | 7 | 6 | $ 240.00 | $ 280.00 | $ 520.00 |
| Home Networking | HN1 | $14.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| Self Installation Kit | SK1 | $3.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| Dual Install New SDU (Video and HSI) | NVH | $60.00 | | | 1 | | | | | 1 | | | | 1 | | | | 1 | 2 | $ 60.00 | $ 60.00 | $ 120.00 |
| Dual Install New MDU (Video and HSI) | NVH | $60.00 | | | | | 1 | | | 1 | | | | | | | | 0 | 1 | $ 60.00 | $ - | $ 60.00 |
| Dual Install Reconnect SDU (Video and HSI) | RVH | $50.00 | 4 | 2 | 1 | 1 | | 5 | | 13 | 1 | | 2 | | | 2 | | 5 | 18 | $ 650.00 | $ 250.00 | $ 900.00 |
| Dual Install Reconnect MDU (Video and HSI) | RVH | $50.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | | | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| **CDV WORK ORDER TYPE** | | | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| CDV NEW CONNECT | CNC | $55.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| CDV RECONNECT | CRC | $45.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| TELEPHONE LINE | TEL | $10.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| RECONFIGURE PHONE | RPJ | $5.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| VERIFYING CUSTOMER ALARM | VCA | $7.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| SECOND PHONE LINE | STL | $7.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| **CDV DUAL INSTALL WORK ORDER TYPE** | | | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| DUAL INSTALL - NEW VIDEO AND CDV (SDU) | NVP | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| DUAL INSTALL - NEW VIDEO AND CDV (MDU) | NVP | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| DUAL INSTALL - NEW HSI AND CDV (SDU) | NHP | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| DUAL INSTALL - NEW HSI AND CDV (MDU) | NHP | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| DUAL INSTALL - RECONNECT VIDEO AND CDV (SDU) | RVP | $60.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| DUAL INSTALL - RECONNECT VIDEO AND CDV (MDU) | RVP | $60.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| DUAL INSTALL - RECONNECT HSI AND CDV (SDU) | RHP | $60.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| DUAL INSTALL - RECONNECT HSI AND CDV (MDU) | RHP | $60.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| **CDV TRIPLE INSTALL WORK ORDER TYPE** | | | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| TRIPLE INSTALL - NEW VIDEO, HSI AND CDV (SDU) | NTC | $80.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| TRIPLE INSTALL - NEW VIDEO, HSI AND CDV (MDU) | NTC | $80.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| TRIPLE INSTALL - RECONNECT VIDEO, HSI AND CDV (SDU) | RTC | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| TRIPLE INSTALL - RECONNECT VIDEO, HSI AND CDV (MDU) | RTC | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |

$1,522.75  $1,265.50  $2,788.25

P00057