| CO. | FILE | DEPT. | CLOCK | NUMBER | 075 |
|-----|------|-------|-------|--------|-----|
| EJG | 100144 | 000004 | | 0081558605 | 1 |

**Earnings Statement**

ADP ®

NTH CONNECT TELECOM, INC.
1435 KOLL CIRCLE SUITE 101
SAN JOSE, CA 95112

| Period Beginning: | 04/01/2007 |
|---|---|
| Period Ending: | 04/14/2007 |
| Pay Date: | 04/24/2007 |

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal:        3
   CA:             3

**VLADIMIR A BALAREZO**
**2631 RENTON WAY**
**CASTRO VALLEY CA 94546**

Social Security Number: XXX-XX-8701

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.5000 | 80.00 | 600.00 | 5,300.00 |
| Overtime | 11.2500 | 42.50 | 478.13 | 3,046.33 |
| Piece Work | | | 1,069.93 | 4,959.80 |
| Bonus | | | | 3,824.26 |
| **Gross Pay** | | | **$2,148.06** | 17,130.39 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -187.70 | | 1,358.91 |
| | Social Security Tax | -133.18 | | 1,062.08 |
| | Medicare Tax | -31.15 | | 248.39 |
| | CA State Income Tax | -35.69 | | 233.25 |
| | CA SUI/SDI Tax | -12.89 | | 102.78 |
| | **Other** | | | |
| | Expnse | | | -720.00 |
| | Gas Reimb | | | -2,153.40 |
| | Tools | | | 800.00 |
| | **Adjustment** | | | |
| | Gas Reimb | | +640.20 | |
| | **Net Pay** | | **$2,387.65** | |

Your federal taxable wages this period are
$2,148.06

P00056

© 2000 ADP, Inc.