**NTH CONNECT TELECOM, INC**
1445 KOLL CIRCLE
SUITE 107
SAN JOSE, CA 95112

## Earnings Statement

Pay Period: 12/24/2006 to 1/06/2007
Pay Date: 1/16/2007
Check #: 100011240

| Employee Number: | 0044 |
| --- | --- |
| Department Number: | |
| Social Security Number: | XXX-XX-9978 |
| Marital Status: | MARRIED |
| Number Of Allowances: | 05 |
| Rate: | 7.5000 |

**OSMIN AVILA**
510 BRANHAM LN
61
SAN JOSE, CA 95111

| Hours and Earnings | | | | Taxes and Deductions | | |
| --- | --- | --- | --- | --- | --- | --- |
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGLAR | 51.00 | 382.50 | 765.75 | FICA | 125.06 | 311.20 |
| O/TIME | | | 5.25 | CA DIS | 9.81 | 24.41 |
| BONUS1 | | 1252.25 | 3297.00 | ADVNCE | 500.00 | |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
| --- | --- | --- | --- |
| $4,068.00 | $1,634.75 | $634.87 | $999.88 |

©2001 Automatic Data Processing, Inc.