Weekly Time Sheet

**N™CONNECT** TELECOM INC.

Employee Name: LADIOUR B.

Operation: System City & State: DELTA VALLEY

Employee Number: 8805

Week Ending: 04/07/07

Employee Tech Number:

TIMESHEET DUE EVERY MONDAY

| Pay Type | Pay Code | Enter an Hourly Rate Only if Normally a |
|---|---|---|
| ☐ Salary | (SA) | $ |
| ☐ Training | (TR) | $ |
| ☐ QC | (QC) | $ |
| ☐ Warehouse | (WH) | $ |
| ☐ WC Lite Duty | (WC) | $ |
| ☐ Clerical | (CL) | $ |
| ☒ Field Technician Paid Piece Rate | | |

| Day | Date | Start Time | Time out for Lunch | Time in for Lunch | End Time | Total Regular Hours | Total OT Hours* | Mileage per day |
|---|---|---|---|---|---|---|---|---|
| Sunday | | | | | | | | |
| Monday | 02/07 | 7:30 | 1:40 6:25 | 2:10 | 5:50 | 8 | 1.75 | 100 |
| Tuesday | 03/07 | 7:30 | 1:45 6:20 | 2:15 | 6:00 | 8 | 2 | |
| Wednesday | 04/07 | 7:30 | 1:15 5:15 | 1:45 | 6:15 | 8 | 2.25 | |
| Thursday | 05/07 | 7:30 | 1:25 6 | 1:50 | 6:30 | 8 | 2.5 | |
| Friday | 06/07 | 7:30 | 1:10 5:15 | 1:40 | 6:25 | 8 | 2.5 | |
| Saturday | 07/07 | 7:30 | 1:15 6:15 | 1:45 | 6:15 | 8 | 2.25 | |

Total Jobs for Week: 0

Weekly Totals: 48  21.25  0  600

* *Record California, Colorado and Nevada overtime hours daily

** *** Other Pay: P = PTO (Personal Time Off - Vacation or Sick Time)    S = Sick    B = Bereavement    J = Jury Duty    H = Holiday

Mgr / Spvsr Name:

Employee Signature:                    Date: 04/09/07

Mgr / Spvsr Signature:                    Date:

Form Name: Weekly Time Sheet - Nth Connect Telecom, Inc                    Revision Date: 2/22/06

NOTE: THIS TIMESHEET MUST BE FILLED OUT COMPLETELY AND LEGIBLY, IF NOT CORRECT IT WILL BE RETURNED TO YOU.  YOU MUST ALSO SIGN THIS TIME SHEET AND

YOUR MANAGER MUST SIGN OFF ON IT.        ***CALIFORNIA LAW MANDATES THAT YOU MUST TAKE AT LEAST A 30 MINUTE LUNCH BREAK EACH DAY YOU WORK.