ADAM WANG (STATE BAR NUMBER 210233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 286-6619
waqw@sbcglobal.net

TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone:    415-861-9600
Fax:          415-861-9622
margainlaw@hotmail.com

Attorney for Plaintiffs
Vladimir Balarezo, Abelardo Guerrero,
Victor Funez & Osmin Avila

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| VLADIMIR BALAREZO, ABELARDO GUERRERO, VICTOR FUNEZ & OSMIN AVILA, and on behalf of other similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>NTH CONNECT TELECOM INC., AND STEVEN CHEN,<br><br>Defendants | Case No.: Case No.: C07-01248 JF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF HOFFMANN-LA ROCHE NOTICE** |

Plaintiff Vladimir Balarezo moves for approval of *Hoffmann-La Roche* Notice, pursuant to *Hoffmann-La Roche Inc v Sperling,* 493 U S . 165 (1989). Defendants oppose the motion. The matter was heard on April 11, 2008. Having considered the parties' papers and oral argument on the motion, the Court GRANTS plaintiffs' Motion for Approval of *Hoffinann-La Roche* Notice and orders and finds as follows:

1       Pursuant to the Fair Labor Standards Act ("FLSA") and cases interpreting it, the Court finds that Installations Technicians (as defined below) are similarly situated and therefore conditionally certifies this action as a representative collective action, 29 U.S.C. § 216(b);

2       Pursuant to the Fair Labor Standards Act ("FLSA") and cases interpreting it, the Court finds that notice should be sent to all prospective collective action members, consisting of all present and former employees of Nth Connect Telecom Inc., who have been employed as an Installation Technician or performed the duties of an Installation Technician, at any time from October 12, 2004 to the date of this Order (hereinafter "BSEs");

3       The Court orders defendants to produce to plaintiffs' counsel the names, addresses, alternate addresses, social security numbers, and all telephone numbers of all Installation Technicians who currently work for Nth Connect Telecom Inc. or who have worked for Nth Connect Telecom Inc. at any time from October 12, 2004 to the date of this Order. Such information shall be provided in Microsoft Excel format and shall be provided to plaintiffs' counsel within 10 days of the date of this Order;

4       The Court approves the sending of the Notice and Consents to be Party Plaintiff substantially in the form attached hereto as Exhibits 1 and 2. Such Notices and Consents to be Party Plaintiff shall be filed with this Court within 10 days of receipt by plaintiffs' counsel of the names, addresses, social security numbers, and all telephone numbers of all Installation Technicians;

4.      Installation Technicians shall have 120 days from the sending of Notice to postmark their Consents to be Party Plaintiff and mail such Consents to a plaintiff's counsel.

**IT IS SO ORDERED**

Date: _____                                  By: _____
                                                           Hon. Jeremy Fogel
                                                           United States District Judge

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION**
Balarezo, et al. v. NTH Connect Telecom Inc., et al.