IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| VLADIMIR BALAREZO & OSMIN AVILA, and on behalf of other similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>NTH CONNECT TELECOM INC., AND STEVEN CHEN,<br><br>Defendants | Case No.:  Case No.: C07-01248 JF |

**CONSENT TO BE PARTY PLAINTIFF**

I WANT TO JOIN THE LAWSUIT alleging Nth Connect Telecom Inc. has violated the Fair Labor Standards Act ("FLSA"). I understand that this lawsuit seeks unpaid overtime wages that may be owed to me, and that by joining the lawsuit I will become a plaintiff by joining this lawsuit, I designate the plaintiffs named in the complaint as my representatives, and, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning my FLSA claim, the method and manner of conducting and resolving the litigation, and all other matters pertaining to the lawsuit. I understand I have the right to choose other counsel and to pursue my claims on my own behalf; and I choose to be represented in this matter by  LAW OFFICES OF ADAM WANG and LAW OFFICES OF TOMAS E. MARGAIN; and other attorneys with whom they may associate

Print Name: _____

Address : _____

City, State and Zip: _____

Telephone Number: _____

Signature:_____

Date signed: _____

**NOTICE OF PLAINTIFFS' MOTION FOR CONDITIONAL
CERTIFICATION OF FLSA COLLECTIVE ACTION**
Balarezo, et al. v. NTH Connect Telecom Inc., et al.