UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 3/7/08

COURT REPORTER:         Clerk:

Case No: C 07-5243 JF         Case Title: Balarezo vs. Nth Connect Telecom

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Adam Wang<br>Tomas Margain | Grant Carlson |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial    [ ] Status    [ ] Discovery

**[X] Settlement**    [ ] Final    [ ] Motion

[ ] Other    [ ]

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted         [ ] Submitted         [ ] Settled

[ ] Denied          [ ] Briefs to be filed    **[X] Not Settled**

[ ] Granted in part, denied in part    [ ] Off Calendar

Briefing Schedule:   Opening                 Answer
                     Reply

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    [ ] Court    [ ] Court w/opinion

NOTES: 3 HOURS