Grant A. Carlson, Esq. - SBN 155933
Friedman, Enriquez & Carlson, LLP
433 North Camden Drive, Suite 965
Beverly Hills, California 90210
Telephone: (310) 273-0777
Fax: (310) 273-1115

Attorneys for Defendants
Nth Connect Telecom, Inc. and Steven Chen

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (SAN JOSE)

| | |
|---|---|
| VLADIMIR A. BALAREZO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NTH CONNECT TELECOM INC., and STEVEN CHEN,<br><br>Defendants. | Case No. C 07 05243 JF (PVT)<br><br>STIPULATION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE TO APRIL 18, 2008 AND TO CONTINUE MARCH 21, 2008 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON |

**STIPULATION**

The parties, through their respective counsel of record, stipulate as follows:

1. Plaintiffs' motion for approval of *Hoffmann-La Roche* notice ("Motion") is currently scheduled for hearing on April 11, 2008.

2. Defendants' counsel, Grant Carlson, will be on a pre-planned family vacation during that week.

3. Given the conflict, parties hereby stipulate and respectfully request that the hearing on the Motion be continued to April 18, 2008.

/ / /

/ / /

-1-
STIPULATION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF HOFFMANN-LA ROCHE NOTICE TO APRIL 18, 2008 AND TO CONTINUE MARCH 21, 2008 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON

4. The parties also stipulate and request that the hearing date on the March 21, 2008 Further Case Management Conference be continued to April 18, 2008.

Dated: March 17, 2008                By: /s/ ADAM WANG
                                                                          Adam Wang
                                                                          Law Offices of Adam Wang
                                                                          Attorney for Plaintiffs

                                                                       /s/ TOMAS MARGAIN
                                                                       Tomas Margain
                                                                       Law Offices of Tomas Margain
                                                                       Attorney for Plaintiffs

Dated: March 17, 2008                By: /s/ GRANT CARLSON
                                                                          Grant Carlson
                                                                          Attorney for Defendants

## [PROPOSED] ORDER

Pursuant to parties' stipulation, and good cause having been found, IT IS HEREBY ORDERED:

1. That the plaintiff's that the hearing on plaintiff's MOTION FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE is continued from April 11, 2008 to April 18, 2008 at 9:00 a.m. in Courtroom 3.

2. That the Further Case Management Conference set for March 21, 2008 is likewise continued to April 18, 2008 at 9:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

Dated: March ____, 2008                By: _____
                                                                               Jeremy Fogel
                                                                               United States District Judge