**Dana Butler**

| | |
|---|---|
| From: | Adam Wang [waqw@sbcglobal.net] |
| Sent: | Friday, March 14, 2008 6:51 PM |
| To: | Dana Butler |
| Cc: | Grant Carlson; 'Tomas Margain' |
| Subject: | RE: Balarezo v. Nth Connect |

Continuing CMC to April 18 is fine with us. I will change the Stip over the weekend.

Adam Wang

-----Original Message-----
From: Dana Butler [mailto:DButler@go4law.com]
Sent: Friday, March 14, 2008 12:17 PM
To: Adam Wang
Cc: Grant Carlson; Tomas Margain
Subject: RE: Balarezo v. Nth Connect

Adam:

I have a call in to the calendar clerk to see if the 18th is available. If we don't hear back from her this afternoon, we will go ahead and file with that date as the requested one.

Grant also would like the stipulation to include a request for a continuance of the Further CMC, which is set for March 21, 2008, to the same date as the hearing on your motion, so that he will not have to incur the expense of traveling up to San Jose twice in a short period of time. Is that alright with you? If so, could you revise the stipulation to that effect?

Thanks,

Dana Butler

-----Original Message-----
From: Adam Wang [mailto:waqw@sbcglobal.net]
Sent: Friday, March 14, 2008 5:31 AM
To: Dana Butler
Cc: Grant Carlson; 'Tomas Margain'
Subject: RE: Balarezo v. Nth Connect


The proposed continuance is fine with us. However, I want to set a specific date for the hearing. As such, see attached stipulation.

Adam Wang

-----Original Message-----
From: Dana Butler [mailto:DButler@go4law.com]
Sent: Thursday, March 13, 2008 4:00 PM
To: waqw@sbcglobal.net
Cc: Grant Carlson
Subject: Balarezo v. Nth Connect

Dear Mr. Wang,

We are planning to file a motion to continue the hearing date on your motion for Hoffman-La Roche Notice, because Grant Carlson is on vacation the week that the hearing is scheduled. A draft of the motion is attached hereto. Please let us know by tomorrow at 4 p.m. if you will stipulate to continue the hearing date.

Thank you.

**EXHIBIT B**

Dana Butler

Friedman, Enriquez & Carlson, LLP
433 N. Camden Drive, Suite 965
Beverly Hills, CA  90210
Tel. No. 310 273-0777
Fax No. 310 273-1115

The information contained in this e-mail message is intended only for the personal and confidential use of the intended recipient. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any review, use, dissemination, forwarding or copying of this e-mail message is strictly prohibited. If you are not the intended recipient of this e-mail message, please notify us immediately by reply e-mail or telephone, and delete this e-mail message and all attachments from your system