## Dana Butler

| | |
|---|---|
| **From:** | Adam Wang [waqw@sbcglobal.net] |
| **Sent:** | Friday, March 14, 2008 5:31 AM |
| **To:** | Dana Butler |
| **Cc:** | Grant Carlson; 'Tomas Margain' |
| **Subject:** | RE: Balarezo v. Nth Connect |


Stipulation to
Continue.pdf (2...

    The proposed continuance is fine with us. However, I want to set a specific date for the hearing. As such, see attached stipulation.

Adam Wang

-----Original Message-----
From: Dana Butler [mailto:DButler@go4law.com]
Sent: Thursday, March 13, 2008 4:00 PM
To: waqw@sbcglobal.net
Cc: Grant Carlson
Subject: Balarezo v. Nth Connect

Dear Mr. Wang,

We are planning to file a motion to continue the hearing date on your motion for Hoffman-La Roche Notice, because Grant Carlson is on vacation the week that the hearing is scheduled. A draft of the motion is attached hereto. Please let us know by tomorrow at 4 p.m. if you will stipulate to continue the hearing date.

Thank you.

Dana Butler

Friedman, Enriquez & Carlson, LLP
433 N. Camden Drive, Suite 965
Beverly Hills, CA  90210
Tel. No. 310 273-0777
Fax No. 310 273-1115

The information contained in this e-mail message is intended only for the personal and confidential use of the intended recipient. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any review, use, dissemination, forwarding or copying of this e-mail message is strictly prohibited. If you are not the intended recipient of this e-mail message, please notify us immediately by reply e-mail or telephone, and delete this e-mail message and all attachments from your system

# EXHIBIT A