Grant A. Carlson, Esq. - SBN 155933
Friedman, Enriquez & Carlson, LLP
433 North Camden Drive, Suite 965
Beverly Hills, California 90210
Telephone: (310) 273-0777
Fax: (310) 273-1115

Attorneys for Defendants
Nth Connect Telecom, Inc. and Steven Chen

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (SAN JOSE)

| | |
|---|---|
| VLADIMIR A. BALAREZO, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>NTH CONNECT TELECOM INC., and STEVEN CHEN,<br><br>    Defendants. | Case No. C 07 05243 JF (PVT)<br><br>DEFENDANTS' OBJECTIONS TO THE DECLARATION OF TOMAS E. MARGAIN<br><br>Date:      April 18, 2008<br>Time:      9:00 a.m.<br>Courtroom: 3 |

Defendants Nth Connect Telecom Inc. and Steven Chen hereby object to the Declaration of Tomas E. Margain, as follows:

1.  Paragraphs 2-7. The testimony purports to be an expert analysis of the payroll records of Balarezo (no analysis of Avila's records is conducted). Only a witness qualified as an expert by knowledge, skill, experience, training or education may offer expert opinion. (Fed. Rules of Evidence, Rule 702). The declaration fails to establish Mr. Margain's qualifications as an expert in compensation issues. The sole basis of Mr. Margain's "qualifications" are that he is an attorney authorized to practice before this Court. Mr. Margain's declaration does not satisfy N.D. Civil Local Rule 7-5(a) and (b). The declaration should be stricken in its entirety.

/ / /

/ / /

2.   Paragraphs 2-7. Objection, lack of foundation and legal conclusion.

Dated: March 28, 2008

                    Friedman, Enriquez & Carlson, LLP

                    By: _____/s/_____

                        Grant A. Carlson, Esq.
                        Attorneys for Defendants
                        Nth Connect Telecom, Inc. and Steven Chen