**\*\*E-filed 4/4/08\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

**VLADIMIR BALAREZO,**

    Plaintiff,

     v.

**NTH CONNECT TELECOM, INC.,**

    **Defendant.**
_____

No. C-07-5243-JF

Clerks's Notice

**To: All Counsel and Parties in the above named action.**

**The Court has rescheduled the Motion for Approval of the Hoffman-La Roche Notice and Case Management Conference currently scheduled for April 18, 2008. The new hearing date is Friday, May 2, 2008 at 9:00 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.**

**Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.**

**Dated: 4/4/08**                         For the Court,
                                          Richard W. Wieking, Clerk

                                          Diana Munz
                                          **electronic signature**
                                          **Courtroom Deputy**