ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax: (408) 286-6619

TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA  94103
Telephone:   415-861-9600
Fax:              415-861-9622
margainlaw@hotmail.com

Attorney for Plaintiffs
Vladimir Balarezo, Abelardo Guerrero,
 Victor Funez & Osmin Avila

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| VLADIMIR A. BALAREZO, ET AL., individually and on behalf of others similarly situated<br><br>Plaintiff,<br>vs.<br><br>NTH CONNECT TELECOM INC., AND STEVEN CHEN,<br><br>Defendants | Case No.:C07-05243 JF<br><br>**SUPPLEMENTAL DECLARATION OF VLADIMIR BALAREZO IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE**<br><br>Date:    May 2, 2008<br>Time:   9:00 AM<br>Judge:  Jeremy Fogel |

I, the undersigned, declare as follows:

1.I am over 18 years old, and I am the Plaintiff in this case.  I have personal knowledge of the matters stated herein.  If called upon to testify before this Court, I would and could do so to the same effect.

2.I am attaching as Exhibit 1 a true and correct copies of the Piece Rate "Bi-Weekly Payout" sheets I received while employed by Nth Connect Telecom, Inc.  I would receive one of these sheets every two weeks with my pay check.  That is, I received a wage stub with pay check and one of these "Bi-Weekly Payout" from Nth Connect Telecom, Inc. at the same time.

3. While employed by Nth Connect Telecom, Inc., I would use the "Bi-Weekly Payout" sheet to verify I was paid for all the job codes or connects and disconnects I had performed for that period. I did this as I understood that I was being paid based on the number of connect and disconnect job codes I performed.

I declare under penalties of perjury under the laws of the United States that the foregoing is true and accurate.

Dated: April 17, 2008                    By: /s/ Vladimir Balarezo
                                              Vladimir Balarezo

**SUPPLEMENTAL DECLARATION OF VLADIMIRE BALAREZO IN SUPPORT
OF MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION
Balarezo . v. NTH Connect Telecom Inc., et al.**