Case 5:07-cv-05243-JF    Document 42-2    Filed 04/18/2008    Page 1 of 2

Comcast South Bay Broadband Installation

| | | | | | |
|---|---|---|---|---|---|
| Bi-Weekly Payout | | 1/7 | to | 1/20 | |
| Vehicle # | | | | | |
| Mileage In: | | | | | |
| Mileage Out: | | | | | $1,453.50 |
| Total Milage: | | 0 | | Deductions | $0.00 |
| Tech Name: Victor Funez | | | | Total | $1,453.50 |

San Jose

| | | | Week end | | | | | | 11/4 | Week end | | | | | | 11/11 | Total Bi Week | First week | Second Week | Payroll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | 1/13 | Total | 1/14 | 1/15 | 1/16 | 1/17 | 1/18 | 1/19 | 1/20 | Total | | | |
| Aerial New Connect | NAH | $23.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| UG New Connect | NUH | $18.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| MDU New Connect | NLB | $18.00 | | | | | 1 | | | 1 | | | | | | | | 0 | 1 | 18.00 | 0.00 | 18.00 |
| Connect Existing A/O | E01 | $4.50 | | | 1 | | 2 | | | 3 | | | | | 2 | | | 2 | 5 | 13.50 | 9.00 | 22.50 |
| Aerial Same Trip A/O | A01 | $9.00 | | | | | | | | 0 | | 3 | 1 | | 1 | | | 5 | 5 | 0.00 | 45.00 | 45.00 |
| UG Same Trip A/O | A01 | $9.00 | | | | 3 | | | | 3 | | | | | | | | 0 | 3 | 27.00 | 0.00 | 27.00 |
| MDU Same Trip A/O | A01 | $9.00 | 1 | | | | | | | 1 | | | | | | | | 0 | 1 | 9.00 | 0.00 | 9.00 |
| Additional outlet W/wallfish | WF1 | $27.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Separate Trip A/O | ASU/ ASW | $17.00 | 1 | | 1 | 1 | | | | 3 | | | | | | | | 0 | 3 | 51.00 | 0.00 | 51.00 |
| Service Tier Change | STC | $7.00 | 2 | | | | | | | 2 | | 1 | | 3 | 4 | | | 8 | 10 | 14.00 | 56.00 | 70.00 |
| Additional Digital Box/Upgrade | AD1 | $5.00 | 1 | | 1 | 3 | | | | 5 | | 3 | | | 1 | 2 | | 6 | 11 | 25.00 | 30.00 | 55.00 |
| Cable Card Installs | CC1 | $7.50 | | 2 | | | | | | 2 | | | | 1 | | | | 1 | 3 | 15.00 | 7.50 | 22.50 |
| Remove Drop (Video, H S I , Telephony) | RED | $10.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Aerial/UG/MDU Drop Replacement | RPD | $10.00 | | | | | | | | 0 | | 1 | 2 | | | | | 3 | 3 | 0.00 | 30.00 | 30.00 |
| Conduit Push (Video, H S I , Telephony) | CON | $10.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Video Reconnect | REH | $18.25 | | | | | | | | 0 | | 1 | 1 | | | | | 2 | 2 | 0.00 | 36.50 | 36.50 |
| Reconnect MDU | RLB | $18.25 | 1 | 1 | 3 | 1 | | | | 6 | | | | 1 | 1 | | | 2 | 8 | 109.50 | 36.50 | 146.00 |
| Make Hot Tap | MHT | $8.00 | | | | | | | | 0 | | | | 2 | | | | 2 | 2 | 0.00 | 16.00 | 16.00 |
| Disco | DXS | $6.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Disco W/Equipment | DXE | $11.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Satellite Dish Remove | SAL | $7.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Self Installation Kit | SK1 | $3.00 | 1 | 1 | 1 | 1 | | | | 4 | | | 1 | | | | | 1 | 5 | 12.00 | 3.00 | 15.00 |
| Troubleshoot Non-Responding DCT/DVR | TNR | $20.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Separate DCT Up Grade | SDB | $12.00 | 2 | 3 | 1 | 1 | | | | 7 | | 1 | | | | 2 | | 3 | 10 | 84.00 | 36.00 | 120.00 |
| UG Drop Bury | | | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| UG Drop Bury - Conduit W/O Construction | | | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| UG Drop Bury - W/Construction | | | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| New C.H.S.I Premium | PNC | $50.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Reconnect C.H.S.I Premium | PRC | $40.00 | | | 3 | 1 | | | | 4 | | 1 | | | | 4 | | 5 | 9 | 160.00 | 200.00 | 360.00 |
| H.S.I Reconnect W/Home Networking | PRC W/HN1-5 | $63.25 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| H.S.I Reconnect W/Home Networking (MDU) | PRC W/HN1-5 | $58.25 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| H.S.I New W/Home Networking | PRC W/HN1-5 | $80.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| H.S.I New W/Home Networking (MDU) | PRC W/HN1-5 | $75.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Combo-Premium New Connect | NVH | $60.00 | | | | | | | | 0 | | | | | 1 | | | 1 | 1 | 0.00 | 60.00 | 60.00 |
| Combo-Premium New Connect (MDU) | NVH | $55.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Combo-Premium Reconnect | RVH | $50.00 | | 1 | | | | | | 1 | | | 1 | | 1 | | | 2 | 3 | 50.00 | 100.00 | 150.00 |
| Combo-Premium Reconnect (MDU) | RVH | $50.00 | 1 | 1 | | 1 | | | | 3 | | | 1 | | | | | 1 | 4 | 150.00 | 50.00 | 200.00 |
| Home Networking (1-5 Computers) | HN1+ | $14.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| CDV NEW CONNECT | CNC | $53.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| CDV RECONNECT | CRC | $40.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| TELEPHONE LINE | TEL | $9.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| RECONFIGURE PHONE | RPJ | $4.50 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| VERIFYING CUSTOMER ALARM | VCA | $6.75 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - NEW VIDEO AND CDV (SDU) | NVP | $62.50 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - NEW VIDEO AND CDV (MDU) | NVP | $55.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - NEW HSI AND CDV (SDU) | NHP | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - NEW HSI AND CDV (MDU) | NHP | $65.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - RECONNECT VIDEO AND CDV (SDU) | RVP | $50.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - RECONNECT VIDEO AND CDV (MDU) | RVP | $50.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - RECONNECT HSI AND CDV (SDU) | RHP | $55.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - RECONNECT HSI AND CDV (MDU) | RHP | $55.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| TRIPLE INSTALL - NEW VIDEO, HSI AND CDV (SDU) | NTC | $80.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| TRIPLE INSTALL - NEW VIDEO, HSI AND CDV (MDU) | NTC | $75.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| TRIPLE INSTALL - RECONNECT VIDEO, HSI AND CDV (SDU) | RTC | $65.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| TRIPLE INSTALL - RECONNECT VIDEO, HSI AND CDV (MDU) | RTC | $65.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | | | | | 89 | 738.00 | 715.50 | 1,453.50 |