Comcast South Bay  Broadband Installation

Bi-Weekly Payout — 4/15 to 4/28
Vehicle #
Mileage In:
Mileage Out:
Total Mileage: 0
Luis Chiarella

| | |
|---|---|
| PAYROLL | $1,359.75 |
| Deductions | $0.00 |
| Total | $1,359.75 |

## HAYWARD EAST BAY

| # | Description | CODE | Price | 4/15 | 4/16 | 4/17 | 4/18 | 4/19 | 4/20 | 4/21 | Total | 4/22 | 4/23 | 4/24 | 4/25 | 4/26 | 4/27 | 4/28 | Total | Total Bi Week | First week | Second Week | Payroll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **VIDEO INSTALLS** | | | | | | | | | | | | | | | | | | | | | | |
| 1 | Video Aerial | NAH | $23.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 2 | Video Underground | NUH | $18.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 3 | Video Apartment | REH / RLB | $18.75 | | | | | | 4 | 4 | 8 | 1 | 1 | 3 | | | 2 | 2 | 9 | 17 | $ 150.00 | $ 168.75 | $ 318.75 |
| 4 | Video Reconnect | NLB | $18.75 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 5 | Make Tap Hot | MTH | $9.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 6a | Additional Outlet Same Trip | EO1 | $5.00 | | | | | | 1 | 4 | 5 | 1 | | 2 | | | 4 | 1 | 8 | 13 | $ 25.00 | $ 40.00 | $ 65.00 |
| 6 | Additional Outlet Same Trip | AO1 | $9.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 6b | Additional Outlet Separate Trip | ASU / ASW | $17.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 7 | Additional Outlet | WF1 | $29.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | **ACCESSORIES** | CODE | | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 8 | Remove Drop | RED | $10.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 9 | Replace Drop | RPD | $10.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 14 | Cable Card Install | CC1 | $20.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 10 | VID/HSI Disco | DXS | $6.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 10 | VID/HSI Disco with Equipment | DXE | $11.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 11 | Up/Downgrade Service Tier Change | STC | $13.00 | | | | | | | | 0 | | 2 | | | | 2 | | 4 | 4 | $ - | $ 52.00 | $ 52.00 |
| 12 | Additional Digital Box Upgrade | AD1 | $6.00 | | | | | | 1 | 3 | 4 | | | 3 | | | 2 | 2 | 7 | 11 | $ 24.00 | $ 42.00 | $ 66.00 |
| 13 | Separate trip DCT | SDB | $13.00 | | | | | | 3 | 5 | 8 | 2 | 3 | 1 | | | | 1 | 7 | 15 | $ 104.00 | $ 91.00 | $ 195.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | **HSI INSTALL** | CODE | | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 15 | HSI Only Premium | PNC | $50.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 16 | HSI Only Premium | PRC | $40.00 | | | | | | 2 | 1 | 3 | 1 | 1 | 1 | | | 2 | 1 | 6 | 9 | $ 120.00 | $ 240.00 | $ 360.00 |
| 21 | Self Install Kit | SK1 | $3.00 | | | | | | | | 0 | | | 1 | | | | | 1 | 1 | $ - | $ 3.00 | $ 3.00 |
| 17 | VID/HSI Combo Premium | NVH | $60.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 18 | VID/HSI Combo Premium | NVH | $60.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 19 | VID/HSI Combo Premium | RVH | $50.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 20 | VID/HSI Combo Premium | RVH | $50.00 | | | | | | | | 0 | | 1 | 1 | 1 | | 1 | 2 | 6 | 6 | $ - | $ 300.00 | $ 300.00 |
| 22 | Home Networking | HN1 | $14.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| 23 | Satellite Dish Removal | SAL | $9.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | **CDV INSTALL** | | | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | CDV New Connect | CNC | $55.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | CDV Reconnect | CRC | $45.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Telephone Line | TEL | $10.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Reconfigure Phone Jack | RPJ | $5.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Second Telephone Line | STL | $7.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Verifying Customer Alarm | VCA | $7.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Dual Install (New Video ans CDV) with Drop SDU | NVP (SDU) | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Dual Install (New Video ans CDV) with Drop MDU | NVP(MDU) | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Dual Install (Reconnect Video and CDV) SDU | RVP (SDU) | $60.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Dual Install (Reconnect Video and CDV) MDU | RVP(MDU) | $60.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Dual Install (New H.S.I. and CDV ) with Drop SDU | NHP (SDU) | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Dual Install (New H.S.I. and CDV ) with Drop MDU | NHP(MDU) | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Dual Install (Reconnect H.S.I. and CDV) SDU | RHP(SDU) | $60.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Dual Install (Reconnect H.S.I. and CDV) MDU | RHP(MDU) | $60.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Triple Install (New Video, H.S.I. and CDV) SDU | NTC(SDU) | $80.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Triple Install (New Video, H.S.I. and CDV) MDU | NTC(MDU) | $80.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Triple Install (Reconnect Video, H.S.I. and CDV) SDU | RTC(SDU) | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Triple Install (Reconnect Video, H.S.I. and CDV) MDU | RTC(MDU) | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Troubleshoot Non Responding DCt or DVR | TNR | $23.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |
| | Customer Service Calls | CSC | $23.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | $ - | $ - | $ - |

| 76.00 | $423.00 | $936.75 | $1,359.75 |
|---|---|---|---|