# Earnings Statement

**ADP**

NTH CONNECT TELECOM, INC.
1435 KOLL CIRCLE SUITE 101
SAN JOSE, CA 95112

Period Beginning: 04/15/2007
Period Ending: 04/28/2007
Pay Date: 05/08/2007

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  CA: 2

LUIS FERNANDO CHIARELLA
1298 W WASHINGTON AVE APT 4
SUNNYVALE CA 94086

Social Security Number: XXX-XX-6887

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.5000 | 56.00 | 420.00 | 900.00 |
| Overtime | 11.2500 | 16.75 | 188.44 | 374.07 |
| Piece Work | | | 472.44 | 987.21 |
| Double Time | | | | 18.76 |
| **Gross Pay** | | | **$1,080.88** | 2,280.04 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -93.26 | 204.26 |
| Social Security Tax | | -67.01 | 141.36 |
| Medicare Tax | | -15.67 | 33.06 |
| CA State Income Tax | | -16.36 | 39.76 |
| CA SUI/SDI Tax | | -6.49 | 13.68 |
| **Other** | | | |
| Advance | | | 150.00 |
| Gas Reimb | | | -412.74 |
| **Adjustment** | | | |
| Gas Reimb | | +278.88 | |
| **Net Pay** | | **$1,160.97** | |

Your federal taxable wages this period are
$1,080.88