ADAM WANG, Bar No. 210233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 286-6619
waqw@sbcglobal.net

TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone:  415-861-9600
Fax:        415-861-9622
margainlaw@hotmail.com

Attorney for Plaintiffs
Vladimir Balarezo, Abelardo Guerrero,
Victor Funez & Osmin Avila

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| VLADIMIR BALAREZO, ABELARDO GUERRERO, VICTOR FUNEZ & OSMIN AVILA, and on behalf of other similarly situated<br><br>Plaintiffs,<br>vs.<br><br>NTH CONNECT TELECOM INC., AND STEVEN CHEN,<br><br>Defendants | Case No.:C07-05243 JF<br><br>**SUPPLEMENTAL DECLARATION OF TOMAS E. MARGAIN IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE**<br><br>Date:   May 2, 2008<br>Time:   9:00 am<br>Judge:  Honorable Jeremy Fogel |

I, the undersigned, declare as follows:

1.  I am an attorney duly authorized to practice before this Court and Plaintiffs' attorney of record in this action. I base this declaration on my personal knowledge unless otherwise indicated.

2.  By this motion, Plaintiffs seek an Order to send notice to an "opt-in" class to pursue overtime claims based on the "regular rate" they earned pursuant to 29 C.F.R. § 778.11. Based on the pay records submitted by Defendants, Nth Connect Telecom Inc. and Steven Chen

1    Case No.C07-5243 JF

paid overtime hours using California minimum wage as the regular rate which results in an underpayment of overtime wages.

3. With respect to the Objection made to my Declaration, I am not claiming to be an expert witness on payroll issues and am not making an opinion as to any issue in dispute. I merely applied the plain language of 29 C.F.R. § 778.11 which defines how to calculate the "regular rate" when a piece rate system is in operation. I did this by totaling the piece rate earning of Plaintiff Balarezo, dividing by the total number of hours worked to calculate the "regular rate." Pursuant to 29 C.F.R. § 778.11 I then calculated the overtime rate as one-half the regular rate for overtime hours.

4. With respect to Defendants evidence objections, I relied on the time and pay records of Plaintiff Balarezo as contained in the Declaration of Linda Francis, Defendants' human resources manager, which supported Defendants' 12(b)(6) Motion (Dock #6). This Declaration attached and authenticated Plaintiff Balarezo's Pay Stubs at Exhibit A and Time Records at Exhibit B thereto. For the Court's convenience, I am attaching a true and correct copy of those time records as Exhibit 1 hereto and a true and correct copy of those pay records as Exhibit 2.

5. Exhibits 1 and 2 show that overtime was consistently worked by Plaintiff Balarezo. In fact, I added up all the overtime hours worked by Plaintiff Balarezo and Exhibits 1 and 2 show he was paid for 632.45 overtime hours at California Minimum Wage and not based on the regular rate.

I declare under penalties of perjury under the laws of the United States that the foregoing is true and accurate.

Dated: April 16, 2008         By: /s/ Tomas Margain
                                  Tomas E. Margain

**SUPPLEMENTAL DECLARATION OF TOMAS E. MARGAIN IN SUPPORT
OF PLAINTIFFS' MOTION FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE
Balarezo . v. NTH Connect Telecom Inc., et al.**