Payroll Register

Client: O3A
NTH CONNECT TELECOM INC

BALAREZO,VLADIMIR A    #0144    231.83 | Net Pay    489.21
New Hire    Married/03    Check #100010901

| | Gross | | | SS/Med<br>Fed Wt | CA DIS | TOOLS |
|---|---|---|---|---|---|---|
| REGLAR | 7.0000 | 77.50 | 799.75<br>542.50<br>257.25 | 61.18<br>11.13 | 6.40 | |
| O/TIME | 10.5000 | 24.50 | | | | |

Period Covered:  10/15/2005 - 10/28/2005
Check Date:  11/07/2006

Run:    27
Week:   44
Qtr:    4
Page:   4



EXHIBIT A

BALAREZO,VLADIMIR A

#0144
Married/03

| Gross | | | | SS/Med Fed Wt | | TOOLS | Net Pay |
|---|---|---|---|---|---|---|---|
| REGLAR | 7.0000 | 80.00 | 1,199.25 | | 91.74 CA State | 4.08 | 316.83 |
| O/TIME | 10.5000 | 31.50 | 560.00 | | 51.08 CA DIS | 9.50 | Check #100010968   725.9 |
| BONUS1 | | | 330.75 | | | | |
| | | | 308.50 | | | | |

Client: O3A
NTH CONNECT TELECOM INC

Period Covered:   10/29/2006  -  11/11/2006
Check Date:   11/21/2006

**Payroll Register**

Run:    28
Week:   46
Qtr:    4
Page:   5


EASYPAY

BALAREZO,VLADIMIR A

#0144
Married/03

| Gross | | | | SS/Med | CA State | TOOLS | Net Pay |
|---|---|---|---|---|---|---|---|
| REGLAR | 7.0000 | 80.00 | 1,801.25 | 137.80 | 24.09 | 179.34 |
| O/TIME | 10.5000 | 22.00 | 560.00 | 138.26 | 14.41 | Check #100011043 |
| BONUS1 | | | 231.00 | | | |
| | | | 1,010.25 | | | |

SS/Med — Fed Wt
CA State — CA DIS

1307005

Period Covered:  11/12/2006 - 11/25/2006
Check Date:       12/05/2006

**Payroll Register**

Client:  O3A
NTH CONNECT TELECOM INC


EASYPAY



ALAREZO,VLADIMIR A    #0144    Married/03

| Gross | | | SS/Med | | |
|---|---|---|---|---|---|
| REGLAR | 7.0000 | 80.00 | 1,983.75 | | |
| O/TIME | 10.5000 | 22.00 | 560.00 | | |
| BONUS1 | | | 231.00 | | |
| | | | 1,192.75 | | |

Fed Wt

151.76  CA State    31.39
165.64  CA DIS       15.87

Net Pay           1619.09
Check #100011124 ☐

Client:  O3A
NTH CONNECT TELECOM INC

**Payroll Register**

Period Covered:  11/25/2006 - 12/09/2006    Run:   30
Check Date:      12/19/2006                  Week:  50
                                             Qtr:   4
                                             Page:  6



**BALAREZO, VLADIMIR A**
#0144 Married/03

| Gross | | | | SS/Med Fed Wt | | CA State CA DIS | | Net Pay Check #100011206 |
|---|---|---|---|---|---|---|---|---|
| REGLAR | 7.0000 | 80.00 | 2,074.75 | | | 158.72 | 32.75 | 1694.1... |
| O/TIME | 10.5000 | 22.00 | 560.00 | | | 176.69 | 12.45 | |
| | | | 231.00 | | | | | |
| BONUS1 | | | 1,283.75 | | | | | |

Client: O3A
NTH CONNECT TELECOM INC

**Payroll Register**

Period Covered: 12/10/2006 - 12/23/2006
Check Date: 01/02/2007

Run: 1
Week: 52
Qtr: 1
Page: 6



# Payroll Register

**Client: O3A**
NTH CONNECT TELECOM INC

| BALAREZO,VLADIMIR A | #0144 | Gross | | | SS/Med | CA State | TOOLS | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Rate Change | Married/03 | REGLAR | 7.5000 | 80.00 | 1,985.01 | 151.85 | 29.16 | 225.00 |
| | | O/TIME | 11.2500 | 13.50 | Fed Wt 600.00 | CA DIS 163.23 | 11.91 | Check #100011295 |
| | | BONUS1 | | | 151.88 | | | |
| | | | | | 1,233.13 | | | |

Period Covered: **12/24/2006 - 01/06/2007**
Check Date: **01/16/2007**

Run: 2
Week: 2
Qtr: 1
Page: 6

1403





ALAREZO,VLADIMIR A
#0144 Married/03

| | Gross | | | SS/Med Fed Wt | CA State CA DIS | TOOLS | Net Pay Check #100011390 | 1147.04 |
|---|---|---|---|---|---|---|---|---|
| | REGLAR | 7.5000 | 72.00 | 1,632.00 | 124.85 | 15.04 | 225.00 | |
| | O/TIME | 11.2500 | 23.25 | 540.00 | 110.28 | 9.79 | | |
| | BONUS1 | | | 261.56 | | | | |
| | | | | 830.44 | | | | |

Client:  O3A
NTH CONNECT TELECOM INC

Payroll Register

Period Covered:  01/07/2007 - 01/20/2007
Check Date:      01/30/2007

Run:   3
Week:  4
Qtr:   1



**LAREZO, VLADIMIR A**    #0144  Married/03

| Gross | | | SS/Med Fed/Wt | 111.86 CA State 84.82 CA DIS | 8.41 TOOLS 8.77 | 175.00 | Net Pay 1073.39 Check #100011484 |
|---|---|---|---|---|---|---|---|
| REGULAR | 7.5000 | 80.00 | 1,462.25 | | | | |
| O/TIME | 11.2500 | 34.25 | 600.00 | | | | |
| BONUS1 | | | 385.31 | | | | |
| | | | 476.94 | | | | |

**Payroll Register**

Client: O3A
NTH CONNECT TELECOM INC

Period Covered:  01/21/2007 - 02/03/2007
Check Date:      02/13/2007

Run: 4
Week: 6
Qtr: 1

**Earnings Statement**

Co.  File #    Clock    Number
EJG 100144            81558006

Worked In Dept:
Home Dept:

*Nth Connect Telecom*

Period End: 02/17/2007
Pay Date: 02/27/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 28.75 | 323.44 |
| | 10 - Piece Work | 3 | | 1,208.81 |

| Gross Pay | | | | 2,132.25 |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| Federal Income Tax | | | | 185.32 |
| Social Security | | | | 132.20 |
| Medicare | | | | 30.92 |
| State Worked In: California | CA | | | 35.06 |
| SUI/SDI: California (taxing) | 75 | | | 12.80 |

| | Other | | | Amount |
|---|---|---|---|---|
| | 32 - Tools | | | 175.00 |

| Net Pay | | | | 1,560.95 |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|---|---|---|---|---|

Print        Close

**Earnings Statement**

Co.  File #    Clock    Number
EJG 100144         81558007

Worked In Dept:
Home Dept:

*Nth Connect Telecom*

Period End: 02/17/2007

Pay Date: 02/27/2007

**Vladimir A Balarezo
2631 Renton Way
Castro Valley, CA
94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| | | | | |
| Gross Pay | | | | 0.00 |

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| | Other | | | Amount |
| | 17 - Expnse | | | -240.00 |
| Net Pay | | | | 240.00 |

| Memos | Code | | | Amount |
|---|---|---|---|---|

Print     Close

**Earnings Statement**

Co. File #   Clock   Number
EJG 100144          81558228

Worked In Dept: 000004
Home Dept: 000004

Period End:  03/03/2007
Pay Date: 03/13/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 32.50 | 365.63 |
| | 10 - Piece Work | 3 | | 843.33 |

| **Gross Pay** | | | | **1,808.96** |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| Federal Income Tax | | | | 136.83 |
| Social Security | | | | 112.15 |
| Medicare | | | | 26.23 |
| State Worked In: California | CA | | | 22.12 |
| SUI/SDI: California (taxing) | 75 | | | 10.85 |
| | **Other** | | | **Amount** |
| | 33 - Gas Reimb | | | -135.80 |

| **Net Pay** | | | | **1,636.58** |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|---|---|---|---|---|

Print      Close

**Earnings Statement**

Co. File #    Clock    Number
EJG 100144    81558229

Worked In Dept: 000004
Home Dept: 000004

Period End: 03/03/2007
Pay Date: 03/13/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| | | | | |
| Gross Pay | | | | 0.00 |

| Deductions | Statutory | | | Amount |
|------------|-----------|---|---|--------|
| | Other | | | Amount |
| | 17 - Expnse | | | -220.00 |
| Net Pay | | | | 220.00 |

| Memos | Code | | | Amount |
|-------|------|---|---|--------|

Print    Close

**Earnings Statement**

Co.  File #    Clock    Number
EJG 100144             81558229

Worked In Dept: 000004
Home Dept: 000004

**Period End:** 03/03/2007
**Pay Date:** 03/13/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| | | | | |
| **Gross Pay** | | | | 0.00 |

| Deductions | Statutory | | | Amount |
|------------|-----------|--|--|--------|
| | Other | | | Amount |
| | 17 - Expnse | | | -220.00 |
| **Net Pay** | | | | 220.00 |

| Memos | Code | | | Amount |
|-------|------|--|--|--------|

Print        Close

**Co. File #**    **Clock**    **Number**
EJG 100144            81558358

**Worked In Dept:** 000004
**Home Dept:** 000004

*Nth Connect Telecom*

**Earnings Statement**

**Period End:** 03/17/2007
**Pay Date:** 03/27/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 37.50 | 421.88 |
| | 10 - Piece Work | 3 | | 742.13 |
| **Gross Pay** | | | | **1,764.01** |

| Deductions | Statutory | | Amount |
|---|---|---|---|
| Federal Income Tax | | | 130.09 |
| Social Security | | | 109.37 |
| Medicare | | | 25.58 |
| State Worked In: California | CA | | 20.33 |
| SUI/SDI: California (taxing) | 75 | | 10.59 |
| | **Other** | | **Amount** |
| | 33 - Gas Reimb | | -776.00 |
| **Net Pay** | | | **2,244.05** |

| Memos | Code | | Amount |
|---|---|---|---|

Print      Close

**Earnings Statement**

Co. File #    Clock    Number
EJG 100144            81558359

Worked In Dept: 000004
Home Dept: 000004

**Period End:** 03/17/2007
**Pay Date:** 03/27/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| | | | | |

| Gross Pay | | | | 0.00 |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| | Other | | | Amount |
| | 17 - Expnse | | | -260.00 |

| Net Pay | | | | 260.00 |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|---|---|---|---|---|

Print     Close

**Earnings Statement**

| Co. File # | Clock | Number |
| --- | --- | --- |
| EJG 100144 | | 81558481 |

**Worked In Dept: 000004**
**Home Dept: 000004**

**Period End:** 03/31/2007
**Pay Date:** 04/10/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
| --- | --- | --- | --- | --- |
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 38.00 | 427.50 |
| | 10 - Piece Work | 3 | | 1,095.60 |

| **Gross Pay** | | | | **2,123.10** |
| --- | --- | --- | --- | --- |

| Deductions | Statutory | | | Amount |
| --- | --- | --- | --- | --- |
| Federal Income Tax | | | | 183.95 |
| Social Security | | | | 131.63 |
| Medicare | | | | 30.78 |
| State Worked In: California | CA | | | 34.69 |
| SUI/SDI: California (taxing) | 75 | | | 12.73 |
| | **Other** | | | **Amount** |
| | 33 - Gas Reimb | | | -601.40 |

| **Net Pay** | | | | **2,330.72** |
| --- | --- | --- | --- | --- |

| Memos | Code | | | Amount |
| --- | --- | --- | --- | --- |

Print      Close

**Earnings Statement**

Co. File #    Clock    Number
EJG 100144            81558605

**Worked In Dept:** 000004
**Home Dept:** 000004

**Period End:** 04/14/2007
**Pay Date:** 04/24/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Regular |  |  | 80.00 | 600.00 |
| Overtime |  |  | 42.50 | 478.13 |
|  | 10 - Piece Work | 3 |  | 1,069.93 |
| **Gross Pay** |  |  |  | **2,148.06** |

| Deductions | Statutory |  |  | Amount |
|------------|-----------|--|--|--------|
| Federal Income Tax |  |  |  | 187.70 |
| Social Security |  |  |  | 133.18 |
| Medicare |  |  |  | 31.15 |
| State Worked In: California | CA |  |  | 35.69 |
| SUI/SDI: California (taxing) | 75 |  |  | 12.89 |

| | Other | | | Amount |
|--|-------|--|--|--------|
|  | 33 - Gas Reimb |  |  | -640.20 |

| **Net Pay** |  |  |  | **2,387.65** |
|-------------|--|--|--|----------|

| Memos | Code |  |  | Amount |
|-------|------|--|--|--------|

Print    Close

**Earnings Statement**

Co. File #   Clock   Number
EJG 100144           81558749

**Worked In Dept:** 000004
**Home Dept:** 000004

*Nth Connect Telecom*

**Period End:** 04/28/2007
**Pay Date:** 05/08/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 42.75 | 480.94 |
| | 10 - Piece Work | 3 | | 1,098.16 |

| **Gross Pay** | | | | **2,179.10** |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| Federal Income Tax | | | | 192.35 |
| Social Security | | | | 135.11 |
| Medicare | | | | 31.60 |
| State Worked In: California | CA | | | 37.21 |
| SUI/SDI: California (taxing) | 75 | | | 13.08 |

| | Other | | | Amount |
|---|---|---|---|---|
| | 33 - Gas Reimb | | | -698.40 |

| **Net Pay** | | | | **2,468.15** |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|---|---|---|---|---|

Print     Close

**Earnings Statement**

Co. File #   Clock   Number
EJG 100144            81558906

**Worked In Dept:** 000004
**Home Dept:** 000004

**Period End:** 05/12/2007
**Pay Date:** 05/22/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Regular  |      |         | 80.00 | 600.00 |
| Overtime |      |         | 43.00 | 483.75 |
|          | 10 - Piece Work | 3 |   | 1,047.10 |

| **Gross Pay** | | | | **2,130.85** |
|---|---|---|---|---|

| Deductions | Statutory | Amount |
|------------|-----------|--------|
| Federal Income Tax |  | 185.11 |
| Social Security |  | 132.11 |
| Medicare |  | 30.89 |
| State Worked In: California | CA | 35.00 |
| SUI/SDI: California (taxing) | 75 | 12.78 |

| | Other | Amount |
|---|---|---|
| | 33 - Gas Reimb | -358.90 |

| **Net Pay** | | **2,093.86** |
|---|---|---|

| Memos | Code | Amount |
|-------|------|--------|

Print      Close

**Earnings Statement**

Co. File #   Clock   Number
EJG 100144              81559077

Worked In Dept: 000004
Home Dept: 000004

Period End: 05/26/2007
Pay Date: 06/05/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular |  |  | 80.00 | 600.00 |
| Overtime |  |  | 41.75 | 469.69 |
|  | 10 - Piece Work | 3 |  | 1,008.16 |
| **Gross Pay** |  |  |  | **2,077.85** |

| Deductions | Statutory |  | Amount |
|---|---|---|---|
| Federal Income Tax |  |  | 177.16 |
| Social Security |  |  | 128.83 |
| Medicare |  |  | 30.13 |
| State Worked In: California | CA |  | 32.88 |
| SUI/SDI: California (taxing) | 75 |  | 12.47 |
|  | **Other** |  | **Amount** |
|  | 33 - Gas Reimb |  | -698.40 |
| **Net Pay** |  |  | **2,394.78** |

| Memos | Code |  | Amount |
|---|---|---|---|

Print      Close

| Co. File # | Clock | Number | | **Earnings Statement** |
|---|---|---|---|---|
| EJG 100144 | | 81559077 | | |

**Worked In Dept:** 000004
**Home Dept:** 000004

**Period End:** 05/26/2007
**Pay Date:** 06/05/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 41.75 | 469.69 |
| | 10 - Piece Work | 3 | | 1,008.16 |

| **Gross Pay** | | | | **2,077.85** |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| Federal Income Tax | | | | 177.16 |
| Social Security | | | | 128.83 |
| Medicare | | | | 30.13 |
| State Worked In: California | CA | | | 32.88 |
| SUI/SDI: California (taxing) | 75 | | | 12.47 |
| | **Other** | | | **Amount** |
| | 33 - Gas Reimb | | | -698.40 |

| **Net Pay** | | | | **2,394.78** |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|---|---|---|---|---|

Print    Close

Co.  File #    Clock    Number
EJG  100144           81559243

**Worked In Dept:** 000004
**Home Dept:** 000004

*Nth Connect Telecom*

**Earnings Statement**

**Period End:** 06/09/2007
**Pay Date:** 06/19/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 38.50 | 433.13 |
| | 10 - Piece Work | 3 | | 729.33 |

| Gross Pay | | | | 1,762.46 |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| Federal Income Tax | | | | 129.86 |
| Social Security | | | | 109.27 |
| Medicare | | | | 25.56 |
| State Worked In: California | CA | | | 20.26 |
| SUI/SDI: California (taxing) | 75 | | | 10.57 |

| | Other | | | Amount |
|---|---|---|---|---|
| | 33 - Gas Reimb | | | -960.30 |

| Net Pay | | | | 2,427.24 |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|---|---|---|---|---|

Print       Close

**Earnings Statement**

Co. File #   Clock   Number
EJG 100144       81559405

**Worked In Dept:** 000004
**Home Dept:** 000004

*Nth Connect Telecom*

**Period End:** 06/23/2007
**Pay Date:** 07/03/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 36.75 | 413.44 |
| | 10 - Piece Work | 3 | | 416.81 |
| **Gross Pay** | | | | **1,430.25** |

| Deductions | Statutory | | Amount |
|------------|-----------|--|--------|
| Federal Income Tax | | | 80.02 |
| Social Security | | | 88.68 |
| Medicare | | | 20.74 |
| State Worked In: California | CA | | 7.77 |
| SUI/SDI: California (taxing) | 75 | | 8.59 |
| | **Other** | | **Amount** |
| | 33 - Gas Reimb | | -1,164.00 |
| **Net Pay** | | | **2,388.45** |

| Memos | Code | Amount |
|-------|------|--------|
| | | |

Print     Close

| Co. File # | Clock | Number |
|---|---|---|
| EJG 100144 | | 81559558 |

**Earnings Statement**

**Worked In Dept:** 000004
**Home Dept:** 000004

**Period End:** 07/07/2007
**Pay Date:** 07/17/2007

*Nth Connect Telecom*

**Vladimir A Balarezo
2631 Renton Way
Castro Valley, CA
94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 600.00 |
| Overtime | | | 37.75 | 424.69 |
| | 10 - Piece Work | 3 | | 623.56 |

| **Gross Pay** | | | | **1,648.25** |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| Federal Income Tax | | | | 112.72 |
| Social Security | | | | 102.19 |
| Medicare | | | | 23.90 |
| State Worked In: California | CA | | | 15.70 |
| SUI/SDI: California (taxing) | 75 | | | 9.88 |
| | **Other** | | | **Amount** |
| | 33 - Gas Reimb | | | -945.75 |

| **Net Pay** | | | | **2,329.61** |
|---|---|---|---|---|

| **Memos** | Code | | | Amount |
|---|---|---|---|---|

Print     Close

**Earnings Statement**

Co. File #   Clock   Number
EJG 100144            81559633

Worked In Dept: 000001
Home Dept: 000001

**Period End:** 07/21/2007
**Pay Date:** 07/31/2007

*Nth Connect Telecom*

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Regular |  |  | 80.00 | 600.00 |
| Overtime |  |  | 46.00 | 517.50 |
|  | 10 - Piece Work | 3 |  | 707.50 |

| **Gross Pay** |  |  |  | **1,825.00** |
|----------|------|---------|-------|--------|

| Deductions | Statutory |  |  | Amount |
|------------|-----------|--|--|--------|
| Federal Income Tax |  |  |  | 139.24 |
| Social Security |  |  |  | 113.15 |
| Medicare |  |  |  | 26.46 |
| State Worked In: California | CA |  |  | 22.77 |
| SUI/SDI: California (taxing) | 75 |  |  | 10.95 |

| | Other |  |  | Amount |
|--|-------|--|--|--------|
|  | 33 - Gas Reimb |  |  | -1,164.00 |

| **Net Pay** |  |  |  | **2,676.43** |
|-------------|--|--|--|--------------|

| Memos | Code |  |  | Amount |
|-------|------|--|--|--------|

Print     Close

**Earnings Statement**

Co. File #    Clock    Number
EJG 100144              00000000

Worked In Dept: 000001
Home Dept: 000001

Period End: 08/04/2007
Pay Date: 08/14/2007

*Nth Connect Telecom*

**Vladimir A Balarezo
2631 Renton Way
Castro Valley, CA
94546**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 56.00 | 420.00 |
| Overtime | | | 19.00 | 213.75 |
| | 10 - Piece Work | 3 | | 717.50 |

| Gross Pay | | | | 1,351.25 |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| Federal Income Tax | | | | 68.17 |
| Social Security | | | | 83.77 |
| Medicare | | | | 19.59 |
| State Worked In: California | CA | | | 6.19 |
| SUI/SDI: California (taxing) | 75 | | | 8.11 |

| | Other | | | Amount |
|---|---|---|---|---|
| | 33 - Gas Reimb | | | -582.00 |

| Net Pay | | | | 1,747.42 |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|---|---|---|---|---|

Print        Close

**Earnings Statement**

Co. File #   Clock   Number
EJG 100144           00000000

Worked In Dept: 000001
Home Dept: 000001

*Nth Connect Telecom*

Period End: 08/04/2007
Pay Date: 08/14/2007

**Vladimir A Balarezo**
**2631 Renton Way**
**Castro Valley, CA**
**94546**

| Earnings | Code | Field # | Hours | Amount |
|----------|------|---------|-------|--------|
| Regular | | | 8.00 | 60.00 |
| **Gross Pay** | | | | **60.00** |

| Deductions | Statutory | | | Amount |
|------------|-----------|--|--|--------|
| Social Security | | | | 3.72 |
| Medicare | | | | 0.87 |
| SUI/SDI: California (taxing) | 75 | | | 0.36 |
| | Other | | | Amount |

| Net Pay | | | | 55.05 |
|---------|--|--|--|-------|

| Memos | Code | | | Amount |
|-------|------|--|--|--------|

Print      Close