ADAM WANG, Bar No. 210233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 286-6619
waqw@sbcglobal.net

TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA  94103
Telephone:    415-861-9600
Fax:               415-861-9622
margainlaw@hotmail.com

Attorney for Plaintiffs
Vladimir Balarezo, Abelardo Guerrero,
Victor Funez & Osmin Avila

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| VLADIMIR BALAREZO, ABELARDO GUERRERO, VICTOR FUNEZ & OSMIN AVILA, and on behalf of other similarly situated<br><br>Plaintiffs,<br>vs.<br><br>NTH CONNECT TELECOM INC., AND STEVEN CHEN,<br><br>Defendants | Case No.:C07-05243 JF<br><br>**DECLARATION OF ADAM WANG IN SUPPORT OF  PLAINTIFFS' MOTION FOR APPROVAL OF** *HOFFMANN-LA ROCHE* **NOTICE**<br><br>Date:   May 2, 2008<br>Time:   9:00 am<br>Judge:  Honorable Jeremy Fogel |

I, the undersigned, declare as follows:

1.      I am an attorney duly authorized to practice before this Court and Plaintiffs' attorney of record in this action.  I base this declaration on my personal knowledge unless otherwise indicated.

2.      I represent another former employee of Defendant Nth Connect Telecom Inc. ("Nth Connect") in another case in this district:  Aranda v. Nth Connect Telecom Inc. (C06-04738 JSW).  I am the lead counsel for Plaintiff in that case.

1                                                       Case No.C07-5243 JF

3. In that case, Defendant Nth Connect's Payroll Supervisor, Danielle Silva, was deposed.

4. At that deposition, Ms. Silva testified that every job at Nth was assigned a code, and techs at Nth Connect was paid by piece according to the jib code performed. Attached as Exhibit 1 is a true and accurate copy of the deposition transcript of Danielle Silva. Her deposition is admissible in this case as non-hearsay admission.

5. Attached for the convenience of the Court as Exhibit 2 is a true and accurate copy of a declaration of Defendant Nth Connect's Human Resource Supervisor Linda Francis, submitted in connection with Defendants' motion to dismiss (Docket # 6).

I declare under penalties of perjury under the laws of the United States that the foregoing is true and accurate.

Dated: April 17, 2008          By:  /s/ Adam Wang
                                    Adam Wang

DECLARATION OF ADAM WANG IN SUPPORT OF PLAINTIFFS' MOTION
FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE
Balarezo . v. NTH Connect Telecom Inc., et al.