Grant A. Carlson, Esq. - SBN 155933
Friedman, Enriquez & Carlson, LLP
433 North Camden Drive, Suite 965
Beverly Hills, California 90210
Telephone: (310) 273-0777
Fax: (310) 273-1115

Attorneys for Defendants
Nth Connect Telecom, Inc. and Steven Chen

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (SAN JOSE)

| | |
|---|---|
| VLADIMIR A. BALAREZO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NTH CONNECT TELECOM INC., and STEVEN CHEN,<br><br>Defendants. | Case No. C 07 05243 JF (PVT)<br><br>DECLARATION OF LINDA FRANCIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT<br><br>Date:      February 22, 2008<br>Time:     9:00 a.m.<br>Courtroom: 3 |

### DECLARATION OF LINDA FRANCIS

I, Linda Francis, declare under penalty of perjury the foregoing is true and correct.

1. I am the human resource manager for Nth Connect Telecom, Inc. This declaration is based on personal knowledge. In my capacity as human resources manager, I am the one responsible for compiling all records relating to these allegations.

2. I make this declaration in support of defendants Nth Connect Telecom, Inc. and Steven Chen's F.R.C.P. Rule 12(b)(6) motion to dismiss, or in the alternative, motion for summary judgment pursuant to Rule 56.

3. Plaintiff Vladimir A. Balarezo worked for Nth Connect Telecom, Inc. from October

-1-

1  2006 through August 2007. True and correct copies of the Nth Connect pay stubs and earnings
2  statements for Vladimir A. Balarezo are attached hereto as Exhibit "A." The pay stubs and earnings
3  statements were prepared at the time the paychecks were issued, during the regular course of
4  business, by compiling information from the signed timecards. Copies of all of Mr. Balarezo's pay
5  stubs from an ADP computer program that we have access to in house.

6      4.    Nth Connect timesheets are prepared on a weekly basis and signed by the employee
7  and a supervisor. The timesheets are turned in to the supervisor and go to the payroll department,
8  from which the paychecks are generated. The original timesheet are then stored in our payroll
9  department in the ordinary course of business. True and correct copies of Mr. Balarezo's timesheets
10 are attached hereto as Exhibit "B."

11 I declare under penalty of perjury under the laws of the State of California and the Federal
12 Government that the foregoing is true and correct.

14 Dated: January 7, 2008

*/s/ Linda M. Francis*
Linda Francis

-2-

DECLARATION OF LINDA FRANCIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT