Case 5:07-cv-05243-JF    Document 46-3    Filed 04/18/2008    Page 1 of 2

**NTH CONNECT TELECOM, INC**
1445 KOLL CIRCLE
SUITE 107
SAN JOSE, CA 95112

## Earning Statement

ADP EASYPAY

| | | |
|---|---|---|
| Pay Period: | 1/07/2007 to | 1/20/2007 |
| Pay Date: | 1/30/2007 | |
| Check #: | 100011346 | |

| | |
|---|---|
| Employee Number: | 0047 |
| Department Number: | |
| Social Security Number: | XXX-XX-2839 |
| Marital Status: | MARRIED |
| Number Of Allowances: | 06 |
| Rate: | 7.5000 |

VICTOR FUNEZ
510 BRANHAM LN
61
SAN JOSE, CA 95111

### Hours and Earnings

| Description | Hours | This Period | Year-To-Date |
|---|---|---|---|
| REGLAR | 69.00 | 517.50 | 1449.50 |
| GASREM | | 118.83 | 539.05 |
| O/TIME | 9.50 | 106.88 | 489.76 |
| BONUS1 | | 710.30 | 1958.22 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA | 102.11 | 298.16 |
| CA DIS | 8.00 | 23.38 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $4,436.53 | $1,453.51 | $110.11 | $1,343.40 |

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE