UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, May 2, 2008
**Case Number:** CV-07-5243-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          VLADIMIR BALAREZO  V.  NTH CONNECT TELECOM INC., ET AL

                    PLAINTIFF                              DEFENDANT

   Attorneys Present:  Adam Wang, Tomas Margain        Attorneys Present: Grant Carlson

---

PROCEEDINGS:
    Hearing on Motion for Approval of Notice held. Parties are present. The motion is taken under submission. The case management conference is held. Plaintiff waives jury trial. The case is set for bench trial on 9/11/09 at 1:30 p.m. Continued to 8/1/08 at 10:30 a.m. for further case management conference.