CONSENT TO SUE

I, hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, to recover any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with NTH Connect Telecom Inc. and any other associated parties.

I authorize the law offices of Adam Wang and associated attorneys as well as any successors or assigns, to represent me in such action.

Dated: 4/2/8                                    By: _____
                                                       Luis Fernando Chiarella