ADAM WANG, Bar No. 210233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 286-6619
waqw@sbcglobal.net

TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone:    415-861-9600
Fax:          415-861-9622
margainlaw@hotmail.com

Attorney for Plaintiffs
Vladimir Balarezo & Osmin Avila

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| VLADIMIR BALAREZO, ABELARDO GUERRERO, VICTOR FUNEZ & OSMIN AVILA, and on behalf of other similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>NTH CONNECT TELECOM INC., AND STEVEN CHEN,<br><br>Defendants | Case No.:C07-05243 JF<br><br>**DECLARATION OF ADAM WANG IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date: July 1, 2008<br>Time: 10:00 am<br>Judge: Patricia V. Trumbull |

I, the undersigned, declare as follows:

1. I am an attorney duly authorized to practice before this Court and one of Plaintiffs' attorneys of record in this action. I base this declaration on my personal knowledge unless otherwise indicated.

2. Exhibit 1 hereto is a true and accurate copy of Plaintiff's Amended Request for Production of Documents, served on Defendants Set One on February 26, 2008.

1                    Case No.C07-5243 JF

**DECLARATION OF ADAM WANG IN SUPPORT OF PLAINTIFFS' MOTION**
TO COMPEL PRODUCTION OF DOCUMENTS
**Balarezo . v. NTH Connect Telecom Inc., et al.**

3.      Exhibit 2 hereto is a true and accurate copy of Plaintiff's Blarezo's Declaration filed in Conjunction with an Opt-in Motion granted by Department 3 of this Court.

4.      Exhibit 3 hereto is a true and accurate copy of Plaintiff's Avila's Declaration filed in Conjunction with an Opt-in Motion granted by Department 3 of this Court.

5.      Exhibit 4 hereto is a true and accurate copy of Defendants' Response to Plaintiff' Amended Request for Production of Documents Set One.

6.      Prior to filing this motion, I met and conferred with Defendants' counsel and reached an impasse on the discovery dispute before this Court.

7.      Exhibit 5 hereto is a true and accurate copy of my letter dated May 7, 2008 sent for the purpose of meeting and conferring with Defendants to resolve the discovery issues informally.

8.      After sending Exhibit 5, Defendants' counsel and I exchanged e-mails in which it was clear that we had exhausted all attempts to resolve this issue prior to filing this motion. Exhibit 6 hereto is a true and accurate copy of an e-mail dated May 14, 2008 from Defendants' counsel in response to my May 7, 2008 meet and confer letter.

9.      Exhibit 7 hereto is a true and accurate copy of my e-mail to Defendants' counsel Ms. Donna Butler in response to her May 14, 2008 e-mail in which I responded to her individual concerns in the hope of resolving the discovery dispute informally.

10.     Exhibit 8 hereto is a true and accurate copy of a May 15, 2008 e-mail from Defendants counsel Ms. Donna Butler, stating that no documents would be produced with respect to putative class members other than named Plaintiffs.

I declare under penalties of perjury under the laws of the United States that the foregoing is true and accurate.

Dated:  May 27, 2008           By:  /s/ Adam Wang
                                    Adam Wang

**DECLARATION OF ADAM WANG IN SUPPORT OF PLAINTIFFS' MOTION**
TO COMPEL PRODUCTION OF DOCUMENTS
**Balarezo . v. NTH Connect Telecom Inc., et al.**