ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 286-6619

TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone: 415-861-9600
Fax: 415-861-9622
margainlaw@hotmail.com

Attorney for Plaintiffs
Vladimir Balarezo, Abelardo Guerrero,
Victor Funez & Osmin Avila

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| VLADIMIR A. BALAREZO, ET AL., individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NTH CONNECT TELECOM INC., AND STEVEN CHEN,<br><br>Defendants | Case No.:C07-05243 JF<br><br>**DECLARATION OF OSMIN AVILA IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE**<br><br>Date: April 11, 2008<br>Time: 9:00 AM<br>Judge: Jeremy Fogel |
|---|---|

I, the undersigned, declare as follows:

1. I am over 18 years old. I have personal knowledge of the matters stated herein. If called upon to testify before this Court, I would and could do so to the same effect.

2. I was employed by Defendant Nth Connect Telecom Inc. ("Nth Connect") as an Installation Technician approximately from 2005 to 2007.

3. My duties as an Installation Technician at the Nth Connect were to install cable equipments for Comcast at the customers' houses as dispatched at various specified time periods during the day.

1   Case No.C07-5243 JF

**DECLARATION OF OSMIN AVILA IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION**
Balarezo . v. NTH Connect Telecom Inc., et al.

4. I was compensated by piece for the work I performed. Specifically, I was compensated a specific rate for each installation I had completed. The piece rate would vary, depending on the nature of the particular job I was dispatched to perform. At the end of each pay period, Nth Connect would give me an earnings statement that summarized all the work I performed during the pay period, and the amount I earned for that pay period. Exhibit 1 hereto is a true and accurate copy of one earning statement issued to me for the period from December 24, 2006 to January 6, 2007. As demonstrated by Exhibit 1, the amount I earned bore no relation to the hours I worked during the pay period.

5. I was never paid according to an agreed-upon hourly rate.

6. My pay was never based on the number of hours I worked.

7. For the early part of my employment with Nth Connect, I was treated as an "independent contractor," and was paid on 1099 not subject to tax withholdings. Sometime in 2006, Nth Connect started putting me and other Installation Technicians on payroll. In processing the payroll, Nth Connect would arbitrarily assign me an artificial hourly rate at or near the minimum wage, and reverse engineer the payroll calculation using the number of hours shown on my daily time cards. As result, my payroll statement would show that I was paid an hourly rate near the minimum wage for regular hours worked within 8 hours per day or 40 hours per week, and time and one-half of that falsified hourly rate for hours worked in excess of 8 hours per day or 40 hours per week. Such reverse-engineered hourly earnings for a particular pay period would inevitably differ from the amount I actually earned based on the installation work I performed during that pay period. Nth Connect would then list an extra amount as "bonus", "gas reimbursements", "expenses" and "tools", etc. to make up the difference so that the gross amount I received from Nth Connect per pay period as reflected on the payroll statement for that period would always confirm with the amount I earned based on the installation work performed, while in reality, I was not paid any amount in addition to the earnings from installations based on piece rate. Exhibit 2 hereto is a true and correct copy of

**DECLARATION OF OSMIN AVILA IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION**
Balarezo . v. NTH Connect Telecom Inc., et al.

payroll statement for the period from December 24, 2006 to January 6, 2007, which was reverse-engineered to make it appear that I was paid by an hourly rate for regular hours and one and one-half of that hourly rate for overtime hours worked.

8. Based on my personal knowledge of Nth Connect's operations that I gained during my employment with Nth Connect, I know that none of the Techs received overtime pay premiums. I often spoke with other Techs during my tenure about our terms and conditions of employment. From my own experience, what I learned from my managers, I learned that Nth Connect observed a uniform policy applicable to all Techs of paying only piece rate earnings from the installations performed despite that Techs worked substantial overtime hours every week.

I declare under penalties of perjury under the laws of the United States that the foregoing is true and accurate.

Dated: March 6, 2008

By: /s/ Osmin Avila_____
Osmin Avila

3   Case No.C07-5243 JF

**DECLARATION OF OSMIN AVILA IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION**
**Balarezo . v. NTH Connect Telecom Inc., et al.**

Comcast South Bay Broadband Installation

| | | |
|---|---|---|
| Bi-Weekly Payout | 12/24 to 1/6 | |
| Vehicle # | | |
| Mileage In: | | |
| Mileage Out: | | Gross: $736.25 |
| Total Mileage: | 0 | Deductions: $0.00 |
| Tech Name: Osmin Avila | | Total: $736.25 |

San Jose

| Task | Code | Rate | 12/24 | 12/25 | 12/26 | 12/27 | 12/28 | 12/29 | 12/30 | Total | 12/31 | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | Total | Total Bi Week | First Week | Second Week | Payroll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aerial New Connect | NAH | $23.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| UG New Connect | NUH | $18.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| MDU New Connect | NLB | $18.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Connect Existing A/O | E01 | $4.50 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Aerial Same Trip A/O | A01 | $9.00 | | | | | | 2 | | 2 | | | | | | | 1 | 1 | 3 | 18.00 | 9.00 | 27.00 |
| UG Same Trip A/O | A01 | $9.00 | | | | | | | | 0 | 1 | | | | | 4 | | 5 | 5 | 0.00 | 45.00 | 45.00 |
| MDU Same Trip A/O | A01 | $9.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Additional outlet W/wallfish | WF1 | $27.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Separate Trip A/O | ASU/ASW | $17.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Service Tier Change | STC | $7.00 | | | | | | | | 0 | | | 2 | | | | 1 | 3 | 3 | 0.00 | 21.00 | 21.00 |
| Additional Digital Box/Upgrade | AD1 | $5.00 | | | | | 1 | 3 | | 4 | 1 | | | | | | | 1 | 5 | 20.00 | 5.00 | 25.00 |
| Cable Card Installs | CC1 | $7.50 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Remove Drop (Video, H S I, Telephony) | RED | $10.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Aerial/UG/MDU Drop Replacement | RPD | $10.00 | | | 2 | | | | | 2 | 1 | | | | | | | 1 | 3 | 20.00 | 10.00 | 30.00 |
| Conduit Push (Video, H S I, Telephony) | CON | $10.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Video Reconnect | REH | $18.25 | | | | | | | | 0 | | | 1 | | | | 1 | 2 | 2 | 0.00 | 36.50 | 36.50 |
| Reconnect MDU | RLB | $18.25 | | | 1 | | | 1 | | 2 | | | 1 | | | | | 1 | 3 | 36.50 | 18.25 | 54.75 |
| Make Hot Tap | MHT | $8.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Disco | DXS | $6.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Disco W/Equipment | DXE | $11.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Satellite Dish Remove | SAL | $7.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Self Installation Kit | SK1 | $3.00 | | | | | | | | 0 | | | | | | | 1 | 1 | 1 | 0.00 | 3.00 | 3.00 |
| Troubleshoot Non-Responding DCT/DVR | TNR | $20.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Separate DCT Up Grade | SDB | $12.00 | | | | 2 | | | | 2 | 2 | | | | 2 | 1 | | 5 | 7 | 24.00 | 60.00 | 84.00 |
| UG Drop Bury | | | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| UG Drop Bury - Conduit W/O Construction | | | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| UG Drop Bury - W/Construction | | | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| New C.H.S.I Premium | PNC | $50.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Reconnect C.H.S.I Premium | PRC | $40.00 | | | 1 | | 1 | 1 | | 3 | | | | | | 1 | | 1 | 4 | 120.00 | 40.00 | 160.00 |
| H.S.I Reconnect W/Home Networking | PRC W/HN1-5 | $63.25 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| H.S.I Reconnect W/Home Networking (MDU) | PRC W/HN1-5 | $58.25 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| H.S.I New W/Home Networking | PNC W/HN1-5 | $80.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| H.S.I New W/Home Networking (MDU) | PNC W/HN1-5 | $75.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Combo-Premium New Connect | NVH | $60.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Combo-Premium New Connect (MDU) | NVH | $55.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Combo-Premium Reconnect | RVH | $50.00 | | | | | 1 | 2 | | 3 | 1 | | | | | 1 | 1 | 2 | 5 | 150.00 | 100.00 | 250.00 |
| Combo-Premium Reconnect (MDU) | RVH | $50.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Home Networking (1-5 Computers) | HN1+ | $14.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| CDV NEW CONNECT | CNC | $53.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| CDV RECONNECT | CRC | $40.00 | | | 2 | | | 2 | | 4 | 1 | | 3 | | | | | 8 | 12 | 160.00 | 320.00 | 480.00 |
| TELEPHONE LINE | TEL | $9.00 | | | | | | | | 0 | 1 | | 2 | | | | | 3 | 3 | 0.00 | 27.00 | 27.00 |
| RECONFIGURE PHONE | RPJ | $4.50 | | | | 3 | | | | 3 | | | | | 4 | | | 4 | 7 | 13.50 | 18.00 | 31.50 |
| VERIFYING CUSTOMER ALARM | VCA | $6.75 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - NEW VIDEO AND CDV (SDU) | NVP | $62.50 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - NEW VIDEO AND CDV (MDU) | NVP | $55.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - NEW HSI AND CDV (SDU) | NHP | $70.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - NEW HSI AND CDV (MDU) | NHP | $65.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - RECONNECT VIDEO AND CDV (SDU) | RVP | $50.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - RECONNECT VIDEO AND CDV (MDU) | RVP | $50.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| DUAL INSTALL - RECONNECT HSI AND CDV (SDU) | RHP | $55.00 | | | 1 | | 1 | | | 2 | | | | | 1 | | | 1 | 3 | 110.00 | 55.00 | 165.00 |
| DUAL INSTALL - RECONNECT HSI AND CDV (MDU) | RHP | $55.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| TRIPLE INSTALL - NEW VIDEO, HSI AND CDV (SDU) | NTC | $80.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| TRIPLE INSTALL - NEW VIDEO, HSI AND CDV (MDU) | NTC | $75.00 | | | | | | | | 0 | | | | | | | | 0 | 0 | 0.00 | 0.00 | 0.00 |
| TRIPLE INSTALL - RECONNECT VIDEO, HSI AND CDV (SDU) | RTC | $65.00 | | | 1 | | 1 | | | 2 | | | | | | | | 0 | 2 | 130.00 | 0.00 | 130.00 |
| TRIPLE INSTALL - RECONNECT VIDEO, HSI AND CDV (MDU) | RTC | $65.00 | | | | | | | 1 | 1 | | | | | | | | 0 | 1 | 65.00 | 0.00 | 65.00 |
| | | | | | | | | | | | | | | | | | | 69 | 867.00 | 767.75 | 1,634.75 |

Case 5:07-cv-05243-JF    Document 53-3    Filed 05/27/2008    Page 7 of 8

**Earnings Statement**

NTH CONNECT TELECOM, INC
1445 KOLL CIRCLE
SUITE 107
SAN JOSE, CA 95112

Pay Period: 12/24/2006 to 1/06/2007
Pay Date: 1/16/2007
Check #: 100011240

Employee Number: 0044
Department Number:
Social Security Number: XXX-XX-9978
Marital Status: MARRIED
Number Of Allowances: 05
Rate: 7.5000

OSMIN AVILA
510 BRANHAM LN
61
SAN JOSE, CA 95111

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGLAR | 51.00 | 382.50 | 765.75 | FICA | 125.06 | 311.20 |
| O/TIME | | | 5.25 | CA DIS | 9.81 | 24.41 |
| BONUS1 | | 1252.25 | 3297.00 | ADVNCE | 500.00 | |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $4,068.00 | $1,634.75 | $634.87 | $999.88 |

©2001 Automatic Data Processing, Inc.
TEAR HERE
COPY COPY