

**FRIEDMAN, ENRIQUEZ & CARLSON**

PAUL M. ENRIQUEZ
BARRY A. FRIEDMAN*
GRANT A. CARLSON

*ALSO ADMITTED IN ILLINOIS
‡ALSO ADMITTED IN NEW JERSEY

OF COUNSEL
RICHARD B. SKOLNICK
BARBARA S. LEMERMAN
KYLE P. KELLEY‡
DANA E. BUTLER

May 28, 2008

<u>By Telefax (408) 416-0248 and U.S. Mail</u>

Adam Q. Wang, Esq.
Dal Bon & Wang
12 South 1st Street, Suite 613
San Jose, California 95113

<u>By Telefax (415) 861-9622 and U.S. Mail</u>

Tomas E. Margain, Esq.
Law Offices of Tomas E. Margain
1550 Bryant Street, Suite 725
San Francisco, California 94103

   Re: <u>Nth Connect Telecom, Inc. adv. Balarezo</u>

Dear Messrs. Wang and Margain:

  This letter is in follow up to our email of May 15, 2008 regarding plaintiff's requests for production of documents, set one, as they pertain to Vladimir Balarezo, in order to more fully respond to your meet and confer letter dated May 7, 2008.[1]

  1. RFP No. 1. In addition to time cards, which defendants have already produced, you claim that RFP No. 1 includes "documents that show when Balarezo arrived at the customer's house and the time he finished the job." This information can be found on Balarezo's work orders, which we will agree to produce. However, Nth Connect files work orders by date, NOT by employee name, and the work orders for the time period when Balarezo was employed are contained in approximately 50 banker's boxes. Our client will devote two employees part-time[2] to going through the boxes and

---

[1] Our email of May 15, 2008 previously addressed the points in your May 7, 2008 letter as they pertained to Osmin Avila and other non-party Nth Connect employees.

[2] The two employees will work on the document review after they complete their daily task of reconciling work orders. Our client estimates that each will be able to spend approximately 2 hours per day on the document review.

FRIEDMAN, ENRIQUEZ & CARLSON, LLP
LAW OFFICES
433 N. CAMDEN DRIVE, SUITE 965, BEVERLY HILLS, CALIFORNIA 90210    (310) 273-0777
FAX (310) 273-1115    EMAIL: DBUTLER@GO4LAW.COM
www.go4law.com

**EXHIBIT B**

FRIEDMAN, ENRIQUEZ & CARLSON, LLP
LAW OFFICES

Adam Q. Wang, Esq.
Dal Bon & Wang
Tomas E. Margain, Esq.
Law Offices of Tomas E. Margain
May 28, 2008
Page 2

pulling work orders relating to Balarezo.[3] We estimate that it will take at least 30 days to pull the records; however, we will agree to make the Balarezo work orders available on a weekly basis as they are pulled.

    2.    RFP No. 2. You claim that "payroll records" includes a document known as a "Bi-Weekly Payout Sheet." We will agree to produce the bi-weekly payout sheets as they pertain to Balarezo. Our client is sending Balarezo's biweekly payout sheets from November 2006 until his termination via overnight mail today, and we will have them to you by Friday. It will take more time to locate the biweekly payout sheets for the time period before November 2006; our client estimates that they will have them ready by next week.

You also claim that "payroll records" include "a series of Excel documents with a separate sheet entitled 'Payroll.'" The excel payroll record contains information relating to all technicians, not just Balarezo. We will agree to produce it in redacted form next week, with the Balarezo biweekly payout sheets.

You also claim that "payroll records" include "cancelled checks issued to Balarezo." We will agree to produce cancelled checks as they pertain to Balarezo. However, these must be manually pulled from Nth Connect's monthly bank statements, and due to privacy and other financial considerations, the cancelled checks must be pulled from the bank statements by Steven Chen himself. He estimates that it will take approximately 15 days to pull the cancelled checks; thus, we will target Friday, June 13th for production.

    3.-4.    RFP No. 3 (Daily Count Sheets as they pertain to Balarezo) and RFP No. 4 (Comcast Work Orders as they pertain to Balarezo). Daily count sheets are contained in the work orders. Please see paragraph no. 1, supra.

    5.    RFP No. 6 calls for the production of employee manuals for the time when Balarezo worked for Nth Connect. Nth Connect did not have any employee manuals during this time period, and thus, there are none to produce.

---

[3] While we are standing on our objection to the RFPs as they pertain to Avila, we have requested that the Nth Connect employees pull work orders pertaining to Avila at the same time as they pull those relating to Balarezo, so that we will not have to repeat the process if/when you re-serve document requests on behalf of Avila.

**FRIEDMAN, ENRIQUEZ & CARLSON, LLP**
LAW OFFICES

Adam Q. Wang, Esq.
Dal Bon & Wang
Tomas E. Margain, Esq.
Law Offices of Tomas E. Margain
May 28, 2008
Page 3

6. You claim that RFP No. 7 calls for the production of documents relating to "the installation schedule made with Comcast customers." This information is contained in the work orders. As noted above in paragraph no. 1, defendants have agreed to produce the work orders as they pertain to Balarezo.

7. You claim that RFP No. 8 calls for production of documents reflecting "chargebacks against Nth Connect Telecom Inc. by Comcast for technicians' failure to keep the installation schedule with customers." Nth Connect did not bill charge-backs from Comcast to its technicians, so defendants fail to see how/why this information is relevant. Even if you can provide us with authority that shows that such information is relevant to your claims, these records include both personal information of third party customers and proprietary information, and as such, defendants cannot produce them without violating those rights.

If you have any questions about the above, please do not hesitate to call.

Very truly yours,

Dana E. Butler

DEB:sg
ltr3

```
* * * COMMUNICATION RESULT REPORT ( MAY. 28. 2008  3:29PM ) * * *

                                    FAX HEADER:  FRIEDMAN ENRIQUEZ & CARLSON, LLP

TRANSMITTED/STORED : MAY. 28. 2008   3:24PM
FILE  MODE           OPTION              ADDRESS                  RESULT          PAGE
-----------------------------------------------------------------------------------------
337   MEMORY TX                          14084160248              OK              4/4


------------------------------------------------------------------------------------------
    REASON FOR ERROR
      E-1) HANG UP OR LINE FAIL              E-2) BUSY
      E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

LAW OFFICES

# FRIEDMAN, ENRIQUEZ & CARLSON, LLP
433 North Camden Drive, Suite 965
Beverly Hills, California 90210
email: dbutler@go4law.com
(310) 273-0777

(310) 273-1115 FAX


**FACSIMILE TRANSMISSION INFORMATION**                        DATE: 5/28/08

---

**TO:**      Name: __Adam Q. Wang, Esq.__
             Company: __Dal Bon & Wang__
             Facsimile No.: __(408) 416-0248__

---

**FROM:**    __Dana E. Butler, Esq.__

---

**DOCUMENT SENT:**      Letter dated 5/28/08

---

**NUMBER OF PAGES, INCLUDING THIS COVER LETTER __4__**

☞ If you do not receive all pages transmitted, please telephone us immediately.

**Special Instructions/Message:**

___ Per our discussion                 ___ Please read and telephone me
___ For your information               ___ In accordance with your request
___ For your review                    ___ Please acknowledge receipt
___ Please sign and return             ___ For your file
___ Other

This transmission is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Call us "collect" at (310) 273-0777 and return the original message to us at the above address via the U.S. Postal Service. Thank you.

```
* * * COMMUNICATION RESULT REPORT ( MAY. 28. 2008  3:33PM ) * * *
                                         FAX HEADER: FRIEDMAN ENRIQUEZ & CARLSON, LLP

TRANSMITTED/STORED : MAY. 28. 2008  3:25PM
FILE MODE           OPTION              ADDRESS            RESULT       PAGE
-----------------------------------------------------------------------------
338  MEMORY TX                          14158619622        OK           4/4

-----------------------------------------------------------------------------
REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL            E-2) BUSY
  E-3) NO ANSWER                       E-4) NO FACSIMILE CONNECTION
```

LAW OFFICES

# FRIEDMAN, ENRIQUEZ & CARLSON, LLP
433 North Camden Drive, Suite 965
Beverly Hills, California 90210
email: dbutler@go4law.com
(310) 273-0777

(310) 273-1115 FAX

**FACSIMILE TRANSMISSION INFORMATION**                    DATE: 5/28/08

TO:     Name:  __Tomas E. Margain, Esq.__
        Company:  __Law Offices of Tomas E. Margain__
        Facsimile No.:  __(415) 861-9622__

FROM:   __Dana E. Butler, Esq.__

DOCUMENT SENT:     Letter dated 5/28/08

NUMBER OF PAGES, INCLUDING THIS COVER LETTER  __4__
☞ If you do not receive all pages transmitted, please telephone us immediately.

Special Instructions/Message:

___ Per our discussion                  ___ Please read and telephone me
___ For your information                ___ In accordance with your request
___ For your review                     ___ Please acknowledge receipt
___ Please sign and return              ___ For your file
___ Other

This transmission is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Call us "collect" at (310) 273-0777 and return the original message to us at the above address via the U.S. Postal Service. Thank you.