ADAM WANG, Bar No. 210233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 286-6619
waqw@sbcglobal.net

TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone:   415-861-9600
Fax:         415-861-9622
margainlaw@hotmail.com

Attorney for Plaintiffs
Vladimir Balarezo & Osmin Avila

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| VLADIMIR BALAREZO, ABELARDO GUERRERO, VICTOR FUNEZ & OSMIN AVILA, and on behalf of other similarly situated<br><br>Plaintiffs,<br>vs.<br><br>NTH CONNECT TELECOM INC., AND STEVEN CHEN,<br><br>Defendants | Case No.:C07-05243 JF (PVT)<br><br>**SUPPLEMENTAL DECLARATION OF ADAM WANG IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date: July 1, 2008<br>Time: 10:00 am<br>Judge: Patricia V. Trumbull |

I, the undersigned, declare as follows:

1. I am an attorney duly authorized to practice before this Court and Plaintiffs' attorney of record in this action. I base this declaration on my personal knowledge unless otherwise indicated.

2. Exhibit 1 hereto is a true and accurate copy from Defendants' counsel Ms. Donna Butler as part of meet and confer process with respect to Plaintiff's Request for Documents at issue in this motion.

1   Case No.C07-5243 JF (PVT)

**SUPPLEMENTAL DECLARATION OF ADAM WANG
IN SUPPORT OF PLAINTIFFS' MOTION
TO COMPEL PRODUCTION OF DOCUMENTS
Balarezo . v. NTH Connect Telecom Inc., et al.**

3. In an unrelated case Aranda v, Nth Connect Telecom Inc., et al (Case No. C06-04738 JW) also pending in this district, I am also the attorney of record for Plaintiff against the same Defendants Nth Connect Telecom Inc. and Steve Chen. In that case, issue was whether Plaintiff Aranda was an exempt employee and need not be paid any overtime. In the discovery process in that case seeking Aranda's payroll records, Defendants' payroll supervisor Ms. Silva was deposed numerous times. At her depositions, Ms. Silva testified that a sample "Biweekly Pay Out Sheet" was from her computer. She further testified that all employees' wage payout for each pay period would be first compiled in an Excel spreadsheet to be approved by Defendant Steven Chen, and that all such Excel documents are stored and can be found in a computer. Ms. Silva also testified that after April 2006, Nth Connect started using an outside payroll processor—Automatic Data Processing ("ADP"). Every pay period ADP would send Nth Connect a document entitled "Payroll Register" containing all employees' payroll records, and these records are stored and maintained in a central location in binders.

I declare under the penalty of perjury under the laws of the United States the foregoing is true and accurate.

Dated: June 17, 2008                    By: /s/ Adam Wang
                                             Adam Wang

2                    Case No.C07-5243 JF (PVT)

**SUPPLEMENTAL DECLARATION OF ADAM WANG**
**IN SUPPORT OF PLAINTIFFS' MOTION**
**TO COMPEL PRODUCTION OF DOCUMENTS**
**Balarezo . v. NTH Connect Telecom Inc., et al.**