| | |
|---|---|
| 1 | ADAM WANG, Bar No. 210233 |
| | LAW OFFICES OF ADAM WANG |
| 2 | 12 South First Street, Suite 613 |
| | San Jose, CA 95113 |
| 3 | Tel:  (408) 292-1040 |
| | Fax:  (408) 286-6619 |
| 4 | waqw@sbcglobal.net |
| 5 | TOMAS E. MARGAIN, Bar No. 193555 |
| | LAW OFFICES OF TOMAS E. MARGAIN |
| 6 | 1550 Bryant Street, Suite 725 |
| | San Francisco, CA  94103 |
| 7 | Telephone:    415-861-9600 |
| | Fax:               415-861-9622 |
| 8 | margainlaw@hotmail.com |
| 9 | Attorney for Plaintiffs |
| 10 | Vladimir Balarezo & Osmin Avila |

UNITED STATES DISTRICT COURT<br>
FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| VLADIMIR BALAREZO, ABELARDO GUERRERO, VICTOR FUNEZ & OSMIN AVILA, and on behalf of other similarly situated<br><br>Plaintiffs,<br>vs.<br><br>NTH CONNECT TELECOM INC., AND STEVEN CHEN,<br><br>Defendants | Case No.:C07-05243 JF (PVT)<br><br>**ERRATA TO DECLARATION OF ADAM WANG IN SUPPORT OF  PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:  July 1, 2008<br>Time:   10:00 am<br>Judge:  Patricia V. Trumbull |

Plaintiffs' counsel had just discovered errors in sequential labeling of exhibits to Declaration of Adam Wang in Support Plaintiffs' Motion to Compel Production of Documents ("Wang Decl.") submitted at Docket #53.  In order to avoid further confusion, Plaintiffs is hereby resubmiting the Wang Decl. with exhibits labeled in accurate sequential. A Chambers Copy of will be submitted no later than 12:00 PM June 19, 2008.

Dated: June 17, 2008                                By:  /s/ Adam Wang
                                                                  Adam Wang

1                   Case No.C07-5243 JF (PVT)

**ERRATA TO DECLARATION OF ADAM WANG IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**
<u>Balarezo . v. NTH Connect Telecom Inc., et al.</u>