**E-filed 6/20/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLADIMIR BALAREZO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NTH CONNECT TELECOM, INC., et al., <br><br> Defendants. | Case Number C 07-5243 JF (PVT) <br><br> ORDER[1] DIRECTING DEFENDANTS TO PRODUCE CONTACT INFORMATION FOR POTENTIAL CLASS MEMBERS |

On May 2, 2008, the Court issued an order granting Plaintiffs' motion for approval of *Hoffmann-La Roche* notice with respect to Plaintiffs' claim for violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*. The Court is informed that Defendants will not provide Plaintiffs' counsel with contact information for potential class members without an order expressly directing Defendants to do so.

---

[1] This disposition is not designated for publication in the official reports.

1   IT IS HEREBY ORDERED that Defendants shall provide to Plaintiffs' counsel the
2 names, addresses, alternate addresses, and telephone numbers of all Installation Technicians who
3 worked for Nth Connect Telecom Inc. during any period between October 12, 2004 and the date
4 of this order.[2]  The contact information shall be provided in Microsoft Excel format within ten
5 days after the date of this order.

7 DATED:  6/20/08

_____
JEREMY FOGEL
United States District Judge

---

[2] The Court concludes that Plaintiffs have not demonstrated a necessity for the social security numbers of potential class members.

2

1  Copies of Order served on:
2
3  Grant Andrew Carlson gcarlson@go4law.com, sgoetz@go4law.com
4  Tomas Eduardo Margain margainlaw@hotmail.com
5  Adam Wang waqw@sbcglobal.net
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C 07-5243 JF (PVT)
ORDER DIRECTING DEFENDANTS TO PRODUCE CONTACT INFORMATION
(JFLC2)