## Dana Butler

**From:** Adam Wang [waqw@sbcglobal.net]
**Sent:** Monday, June 23, 2008 2:29 PM
**To:** Dana Butler; 'Tomas Margain'
**Cc:** Grant Carlson
**Subject:** RE: Balarezo v. Nth Connect

No. That is ok.

-----Original Message-----
From: Dana Butler [mailto:DButler@go4law.com]
Sent: Monday, June 23, 2008 2:08 PM
To: waqw@sbcglobal.net; Tomas Margain
Cc: Grant Carlson
Subject: Balarezo v. Nth Connect

Dear Counsel,

We plan to file a motion for Grant Carlson to appear telephonically at the hearing on your motion to compel. Do you have any objection?

Thank you,

Dana Butler

Friedman, Enriquez & Carlson, LLP
433 N. Camden Drive, Suite 965
Beverly Hills, CA  90210
Tel. No. 310 273-0777
Fax No. 310 273-1115

The information contained in this e-mail message is intended only for the personal and confidential use of the intended recipient. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any review, use, dissemination, forwarding or copying of this e-mail message is strictly prohibited. If you are not the intended recipient of this e-mail message, please notify us immediately by reply e-mail or telephone, and delete this e-mail message and all attachments from your system

**EXHIBIT A**