Grant A. Carlson, Esq. - SBN 155933
Friedman, Enriquez & Carlson, LLP
433 North Camden Drive, Suite 965
Beverly Hills, California 90210
Telephone: (310) 273-0777
Fax: (310) 273-1115

Attorneys for Defendants
Nth Connect Telecom, Inc. and Steven Chen

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (SAN JOSE)

| | |
|---|---|
| VLADIMIR A. BALAREZO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NTH CONNECT TELECOM INC., and STEVEN CHEN,<br><br>Defendants. | Case No. C 07 05243 JF (PVT)<br><br>[PROPOSED] ORDER ON MOTION TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO COMPEL |

### [PROPOSED] ORDER

The Court, having reviewed the motion of Defendants Nth Connect Telecom Inc. and Steven Chen for permission to appear telephonically at the hearing on plaintiffs' motion to compel defendants to produce documents, which is set for hearing on Tuesday, July 1, 2008, finds that there is good cause therefore, and hereby grants the motion.

Dated: June __, 2008

_____
Hon. Patricia V. Trumbell
Judge of the United States District Court