UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLADIMIR A. BALAREZO, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NTH CONNECT TELECOM, INC. and STEVEN CHEN,<br><br>　　　　　Defendants. | Case No.: C 07-05243 JF (PVT)<br><br>**ORDER DENYING MOTION TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO COMPEL** |

　　　　On June 23, 2008, defendants Nth Connect Telecom, Inc. and Steven Chen moved for permission to appear telephonically at the hearing on plaintiff Vladimir A. Balarezo's motion to compel. The hearing is scheduled to be held on July 1, 2008 at 10AM. However, the courtroom is not equipped to handle any significant arguments telephonically. Accordingly, defendants' motion is denied.[1]

　　　　IT IS SO ORDERED.

Dated:　　*June 24, 2008*

　　　　　　　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present application.

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*