Grant A. Carlson, Esq. - SBN 155933
Friedman, Enriquez & Carlson, LLP
433 North Camden Drive, Suite 965
Beverly Hills, California 90210
Telephone: (310) 273-0777
Fax: (310) 273-1115

Attorneys for Defendants
Nth Connect Telecom, Inc. and Steven Chen

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (SAN JOSE)

| | |
|---|---|
| VLADIMIR A. BALAREZO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NTH CONNECT TELECOM INC., and STEVEN CHEN,<br><br>Defendants. | Case No. C 07 05243 JF (PVT)<br><br>DECLARATION OF STEVEN CHEN IN SUPPORT OF DEFENDANTS' SUR-REPLY TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS<br><br>Date:        July 1, 2008<br>Time:       10:00 a.m.<br>Courtroom: Courtroom 5, 4th Floor<br>Judge:       Hon. Patricia V. Trumbull |

### DECLARATION OF STEVEN CHEN

I, Steven Chen, declare under penalty of perjury the foregoing is true and correct.

1.  I am the C.E.O. of defendant Nth Connect Telecom Inc. This declaration is based on personal knowledge.

2.  I make this declaration in support of defendants Nth Connect Telecom, Inc. and Steven Chen's Opposition to Plaintiffs' Motion to Compel Production of Documents.

3.  Before April 2006, all technicians were paid via 1099s and we did not keep time cards for them. While we have the 1099s for the period prior to April 2006, they are not easily nor readily accessible, as our filing system at the time the company started up was different and the employees who maintained those files are no longer with the company. I will personally have to manually look

-1-

1. through hundreds of boxes in our file storage area to find the ones that contain the 1099s. At this time, I cannot place a firm estimate on how much time this will take, but I expect it will be very time consuming.

4. Plaintiff seeks copies of all Comcast work orders for the past four years. The amount of documents at issue is in the range of 150 bankers' boxes. The work orders contain personal information, such as names, account numbers, addresses, phone numbers and amounts paid, of customers of Comcast who have not been provided any kind of notice that such information is being sought. If the Court ordered production of the work orders, without redaction, Nth Connect would be in violation of its contract with Comcast, which requires Nth Connect to keep information pertaining to Comcast customers confidential. It would also be in violation of State and Federal law which requires companies to keep its customers' information private. A true and correct copy of the pages from Nth Connect's contract with Comcast that pertain to the confidentiality provisions are attached hereto as Exhibit "A."

5. If the Court allows the discovery of the work orders, with redaction, it would be extremely financially burdensome to respond to -- Nth Connect would literally have to hire people to review and redact the documents, because the task would overwhelm its current office staff.

I declare under penalty of perjury under the laws of the State of California and the Federal Government that the foregoing is true and correct.

Dated: June 25, 2008

\s\ _____
Steven Chen

-2-
DECLARATION OF STEVEN CHEN IN SUPPORT OF DEFENDANTS' SUR-REPLY TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS