ADAM WANG, Bar No. 210233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 286-6619
waqw@sbcglobal.net

TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA  94103
Telephone:   415-861-9600
Fax:              415-861-9622
margainlaw@hotmail.com

Attorney for Plaintiffs
Vladimir Balarezo & Osmin Avila

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| VLADIMIR BALAREZO, ABELARDO GUERRERO, VICTOR FUNEZ & OSMIN AVILA, and on behalf of other similarly situated<br><br>Plaintiffs,<br>vs.<br><br>NTH CONNECT TELECOM INC., AND STEVEN CHEN,<br><br>Defendants | Case No.:C07-05243 JF (PVT)<br><br>**FURTHER DECLARATION OF ADAM WANG IN SUPPORT OF  PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:  July 1, 2008<br>Time:   10:00 am<br>Judge:  Patricia V. Trumbull |

I, the undersigned, declare as follows:

1. I am an attorney duly authorized to practice before this Court and Plaintiffs' attorney of record in this action.  I base this declaration on my personal knowledge unless otherwise indicated.

2. Exhibit 1 hereto is a true and accurate copy of excerpts from Danielle Silva;s deposition in a separate case Aranda v. Nth Connect Telecom Inc., et al. (C06-4738 JW(RS)).  In

1                                    Case No.C07-5243 JF (PVT)

**FURTHER DECLARATION OF ADAM WANG
IN SUPPORT OF PLAINTIFFS' MOTION
TO COMPEL PRODUCTION OF DOCUMENTS
Balarezo . v. NTH Connect Telecom Inc., et al.**

1  that deposition, Ms. Silva testified that before she became the Operations Finance Manager, she
2  was the Payroll Supervisor responsible for compiling the Payroll and bi-weekly payout sheets.
3  She testified that she would create an Excel file for every bi0weekly pay period. Each Excel file
4  has a separate worksheet or tab entitled "Payroll" containing all the payroll information for all
5  employees for that pay period; a worksheet entitled "Invoice" representing the Invoice to
6  Comcast for the first week of the pay period; and "Invoice Number Two" presenting the invoice
7  to Comcast for the second week of the pay period; and "then each technician has [his] own
8  sheet." Ms. Silva made it clear at the deposition that the "technician sheet" she referred to is
9  actually the "B-weekly Pay Out Sheet" requested by Plaintiffs in this case.   Documents at issue
10 in this motion.

11  3.     Exhibit 2 hereto is one of the many Comcast Work Orders produced by
12 Defendants in a separate case Aranda v. Nth Connect Telecom Inc., et al. (C06-4738 JW(RS)).
13 In that case, Defendants had made literally no efforts in redacting any customer information
14 contained in the Comcast Worker Orders produced.

15  I declare under the penalty of perjury under the laws of the United States the foregoing is
16 true and accurate.

18 Dated:  June 30, 2008                                   By: /s/ Adam Wang
19                                                             Adam Wang

                              2             Case No.C07-5243 JF (PVT)
**FURTHER DECLARATION OF ADAM WANG**
**IN SUPPORT OF PLAINTIFFS' MOTION**
**TO COMPEL PRODUCTION OF DOCUMENTS**
**Balarezo . v. NTH Connect Telecom Inc., et al.**