COMCAST
CITY OF SAN JOSE
(800) 945-2288

| SERVICE NAME AND ADDRESS | | TECHNICIAN | JOB DESCRIPTION | JOB |
|---|---|---|---|---|
| ROSE, FRANK | | | VIDEO RECONNECT | |
| 767 DELAWARE AVE APT 3 | | SALES REP | ORDER NUMBER | PRINT DATE |
| SAN JOSE CA 95123-5420 | | 17947 | 000027336152051000 | |
| | | HOME PHONE | DATE | TIME | UNITS | CATG. | REPRINT |
| | | 408-452-7595 | 03/28/06 | 8-3 | 015 | 05 | |
| | | WORK PHONE | CUSTOMER NUMBER | CALL FIRST | | | PRINT |
| | | | 08232096206 | | | | |
| REQUESTOR | | ORDER REASONS | | | | | |
| | | DOOR SALE | | | | | |

CODE  QTY DISC  DESCRIPTION  CHARGE          EQUIPMENT
         WORK TO BE PERFORMED              OUTLET/ SERIAL NUMBER TYPE
                 GOLD HBO/SHO       43.95    EQUIPMENT ADDRESS  COMPONENT
                 RE LIMIT BAS
                 RBLD EXPNDED
                 ADD'L OUTLET
                 INST PRIMARY
                 IM A/O SAME
                 DIGI A/O

ACCOUNT NUMBER:
DELINQUENT AMOUNT:                   CURRENT BALANCE
                                      DELINQUENT DAYS

JOB NODE                              MANAGEMENT AREA
HEADEND: SAN JOSE ADN   SAN JOSE ADN   SAN JOSE ADN         MAP CODE
BRIDGER ADDRESS:
LINE TAG

DEPOSIT AMT:                          PREPAY AMT

OTHER ACTIVE CUSTOMERS

NOTES TO TECHNICIAN

Handwritten notes:
1 A/O AT $13.99     Low 43      TAG 003 1617
2 DCTS              MED 37      GROUND - G-0006
                    High 35
                                RETURN - PASS - 30
                                              GI 13417A 1659
                                              GI 1309785477

| DATE | TECHNICIAN | START | STOP | CODE | RESOLUTION/CODES | CASH ON DELIVERY |
|---|---|---|---|---|---|---|
| 3-28-06 | 0851 | 3:00 | 3:45 | CP | REH ACC | |

By signing this work order, I represent that I am at least 18 years old; I am the owner of, or tenant in, the premises at the above address and that the installation, repair or other work provided has been satisfactorily completed. If this work order relates to the initial installation of services, I acknowledge receipt of Comcast's Welcome Kit which contains the Comcast Subscriber Agreement, the Comcast Cable Subscriber Privacy Notice and other important information about the services. I agree to be bound by the Comcast Subscriber Agreement which constitutes the agreement between Comcast and me for the services. If other non-installation work was provided, I agree to continue to be bound by the current Comcast Subscriber Agreement. I authorize Comcast to obtain a credit report from a consumer credit agency in connection with the provision of the services I am receiving.

CUSTOMER SIGNATURE    DATE
COMPANY REPRESENTATIVE    DATE