UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 7/1/08

Court Reporter: Jana Ridenour        Clerk: Corinne Lew

Case No: C 07-05243 JF                Case Title: Balarezo v. Nth Connect Telecom, Inc.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Tomas E. Margain | Grant A. Carlson |

**PROCEEDINGS**

Pretrial Conferences:   [ ] Initial      [ ] Status      [ ] Discovery
                        [ ] Settlement   [ ] Final
                        [ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [X] | [ ] | 1. Motion to Comel. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

**DISPOSITION**

[ ] Granted                        [X] Submitted              [ ] Settled

[ ] Denied                         [ ] Briefs to be filed     [ ] Not Settled

[ ] Granted in part, denied in part                           [ ] Off Calendar

**ORDER TO BE PREPARED BY**

[ ] Plaintiff      [ ] Defendant      [X] Court      [ ] Court w/opinion