**\*\*E-filed 7/21/08\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

**VLADIMIR BALAREZO,**

                                                        **No. C-07-5243-JF**

    **Plaintiff,**

     **v.**                                          **Clerks's Notice**

**NTH CONNECT TELECOM, INC.,**

    **Defendants.**

_____

**To: All Counsel and Parties in the above named action.**

**The Court has rescheduled the Case Management Conference currently scheduled for August 1, 2008. The new hearing date is Friday, August 15, 2008 at 10:30 AM. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.**

**Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.**

**Dated: 7/21/08**                          **For the Court,**
                                              **Richard W. Wieking, Clerk**

                                              **Diana Munz**
                                              **electronic signature**
                                              **Courtroom Deputy**