ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR A. BALAREZO, individually and on behalf of others similarly situated<br><br>                    Plaintiff,<br><br>          vs.<br><br>NTH CONNECT TELECOM INC., AND STEVEN CHEN,<br><br>                    Defendants | Case No.: C07-05243 JF<br><br>PLAINTIFFS' CASE MANAGEMENT STATEMENT |

In accordance with the Standing Order for All Judges of the Northern District of California, the Plaintiffs hereby submit this Case Management Conference Statement.

1.     **Jurisdiction and Service**

The basis for the Court's subject matter jurisdiction over Plaintiffs' claims is the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.,* as alleged in the Complaint.  There are no existing issues regarding personal jurisdiction or venue.  There are no parties that remain to be served.

2.     **Facts**

Plaintiffs were employed as technician to install cable equipments for ComCast's customers. In this action, Plaintiffs seek class action certification for overtime and other wage and hour claims against Defendants under the authority of both federal and California law.

The principal factual issues in dispute are:

1.     Whether and to what extent Plaintiffs and the class they seek to represent

PLAINTIFFS' JOINT CMC STATEMENT
Balarezo, et al.  v, Nth Connect Telecom Inc. et al.

were not paid overtime to which they are entitled;

        2.     Whether and to what extent Plaintiffs and the class they seek to represent had not been provided with meal breaks as required by law.

        3.     Whether and to what extent Plaintiffs and the class they seek to present are owed money for using their own vehicles and tools in performing their duties.

**3.   Legal Issues**

Plaintiffs have filed this action as a class action under Rule 23 of the Federal Rules of Civil Procedure.  Plaintiffs also seek treatment of opt-in class action under 29 U.S.C. § 216(b). In their substantive allegations, Plaintiffs assert that Defendants failed to pay Plaintiff and a class of employees overtime pay in violation of California Labor Code §§ 501 and 1194 as well as in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*  Plaintiffs further allege that Defendants failed to pay Plaintiffs and the putative class members their wages upon termination in violation of California Labor Code § 201.  Plaintiffs further allege that Defendants failed to reimburse Plaintiffs for using personal vehicles and tolls in performing their job duties.  Finally, Plaintiffs seek restitution of overtime wages in accordance with California Business & Professions Code § 17200.

**4.   Motions**

The parties anticipate the filing of the following motions:

(a)    Defendants filed Rule 12(b) motion to dismiss.  The motion was heard on February 22, 2008, and was denied;

(b)    Plaintiffs filed a motion to conditionally certify FLSA class; the motion was heard on May 22, 2008 and was granted.

(c)    Plaintiff filed a motion to compel production of documents; the motion was heard on July 1, 2008 and was granted.

(d)    Plaintiffs expect to file a class certification motion under FED. R. CIV. PRO. 23 once Defendants have produced documents.

PLAINTIFFS' JOINT CMC STATEMENT
Balarezo, et al.  v, Nth Connect Telecom Inc. et al.

1    (e)    Plaintiff's Partial Summary Judgment Motion for Class Liability based on

2 documents produced;

3    **5.  Amendment of Pleadings**

4

5    Plaintiffs do not anticipate any amendments at this point.

6    **6.  Evidence Preservation**

7    Defendants have been notified by their counsel of the obligation to preserve all

8 electronically stored evidence and have taken steps to do so.

9    **7.  Disclosures**

10    The parties have made respective disclosures.

11    **8.  Discovery**

12

13    Plaintiffs have requested Defendants to produce comprehensive documents for all

14 putative class members.  Judge Trumbull granted the motion, ordering Defendants to produce the

15 documents.  However, Defendants have failed to produce documents thus far, claiming the

16 person in charge of coordinating the documents production was on leave of absence recovering

17 from a surgery until August 18, 2008. Defendants also claim inability to produce certain critical

18 document although acknowledging the existence of the documents.

19    The Plaintiffs propose the following discovery and case management schedule:

20    (a)    Deadline to complete fact discovery:  April 30, 2009.

21    (b)    Deadline for expert disclosure statements under Fed. R. Civ. P. 26:  May 31,

22 2009.

23    (d)    Deadline to conduct expert discovery:  June 30, 2009.

24    (e)    Last day for hearing dispositive motions to be filed:  June 19, 2009.

25    (f)    Trial:  September 2009.

**C07-05243 JF**

PLAINTIFFS' JOINT CMC STATEMENT
Balarezo, et al.  v, Nth Connect Telecom Inc. et al.

**9.  <u>Class Actions</u>**

Plaintiffs provide the following statement in compliance with Local Rule 16-9(b).

(1)    The class action for claims under California law is maintained under Fed. R. Civ. P. 23(a)(1), 23(a)(2), 23(a)(3), 23(a)(4), 23(b)(3).  This class action insofar as claims under the FLSA are asserted is maintainable under 29 U.S.C. § 216(b), as distinct from Fed. R. Civ. P. 23.

(2)    Plaintiff proposes two separate classes:

a)    FLSA claims:  All non-exempt installation technicians : i) who worked for defendant commencing at any time since three years before the filing of this action; (the "FLSA Class").  Plaintiffs have filed a motion to conditionally certify the FLSA class; and the Court has granted the motion.  Notice has been sent out to putative class, and the deadline for putative to return their consents to opt in this case is September 21, 2008.

b)    California claims:  All installation technicians who: i) worked for Defendants in California commencing at any time since four years before the filing of this action; (the "California Class").  A sub-class of California Class consists of all installation technicians whose employment with defendant terminated at any time in three years before the filing of this case (California § 203 Class).

Plaintiffs will be in position to file a motion to certify such class once Defendant produce the documents.

(3)    Plaintiffs are members of the Federal Class, and also members of the California Class and, like other members, were not paid overtime pay and was not provided required meal breaks and reimbursement for suing their personal vehicles and tolls in [performing job duties in violation of the FLSA and California labor law.  According to the contact information provided by Defendants, the California Class and the Federal Class exceed 250 members.

Plaintiff sallege that common questions of law and fact predominate in this case. For example, the class members' rights insofar as this action is concerned arise from the Defendants' uniform payroll practice of paying straight time only, applicable to all non-exempt installation

PLAINTIFFS' JOINT CMC STATEMENT
<u>Balarezo, et al.  v, Nth Connect Telecom Inc. et al.</u>

technicians.  In light of the commonality of the sources of the putative class members' rights, individual adjudications harbor the possibility of inconsistent adjudications. Plaintiffs have no conflicts of interest and will fairly and adequately represent both classes.  Plaintiffs are not aware of any other pending litigation concerning the claims asserted herein nor of any difficulties that should be encountered in the management of this litigation as a class action.

(4)    Plaintiffs plan to file motions for the Court to consider class certification no later than December 31, 2008, though Plaintiffs may file such motions sooner.

**10.  Related Cases**

There are no related cases or proceedings pending before another Judge of this Court or before another Court or administrative body.

**11**. **Relief**

At this point, Plaintiff does not have sufficient record to estimate the damages.

**12.  Settlement and ADR**

Parties had an early settlement conference before Judge Trumbull.  While there was limited discussion between parties about further mediation of this case, Defendants have yet to agree to participate in such a session.

**13.  Consent To Magistrate Judge For All Purposes**

N/A

**14.  Other References**

N/A

**15.  Narrowing Of Issues**

Plaintiffs do not expect the parties may be able to narrow the issues.  However, the issues in this case may be narrowed by motions related to the class action process.

PLAINTIFFS' JOINT CMC STATEMENT
Balarezo, et al.  v, Nth Connect Telecom Inc. et al.

**16.  Expedited Schedule**

**N/A**

**17.  Trial**

Plaintiff has requested a jury trial.  The expected length of trial is 5 court days.

**18.  Disclosure of Non-Party Interested Entities or Persons**

Plaintiffs have no one to disclose other than parties themselves.

**19.  Other Matters**

None.

Dated:  August 12, 2008                          By:     /s/ ADAM WANG
                                                         Adam Wang
                                                         Attorney for Plaintiffs

PLAINTIFFS' JOINT CMC STATEMENT
Balarezo, et al.  v, Nth Connect Telecom Inc. et al.