# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, August 15, 2008
**Case Number:** CV-07-5243-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**           **VLADIMIR BALAREZO  V.  NTH CONNECT TELECOM INC.,  ET AL**

**PLAINTIFF**                                    **DEFENDANT**

**Attorneys Present:  Tomas Margain**            **Attorneys Present: Grant Carlson**

---

PROCEEDINGS:
  Further case management conference held.  Parties are present.  Continued to 10/3/08 at 10:30 a.m. for status conference.   trial.
  The case is set for bench trial on 9/11/09 at 1:30 p.m.  Continued to 8/1/08  at 10:30 a.m. for further case management conference.