**E-Filed 9/23/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLADIMIR A. BALAREZO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NTH CONNECT TELECOM, INC., AND STEVEN CHEN,<br><br>Defendants. | Case Number 5:07-cv-05243-JF (PVT)<br><br>ORDER[1] DISMISSING WITH PREJUDICE CLAIMS OF CERTAIN PLAINTIFFS FOR FAILURE TO PROSECUTE |

Defendants moved previously pursuant to Federal Rule of Civil Procedure 41(b) to dismiss with prejudice the claims of Plaintiffs Luis Cabrera ("Cabrera"), Abelardo Guerrero ("Guerrero"), Xay Lee ("Lee"), James Morgan ("Morgan"), Jean-Marie Pierre ("Pierre"), Richard Tran ("Tran"), and Henry L. Webb ("Webb"), alleging that these Plaintiffs had failed to attend Court-ordered mediation sessions. In an order dated August 3, 2010, the Court denied Defendant's motion without prejudice and ordered Cabrera, Guerrero, Lee, Morgan, Pierre, Tran, and Webb to show cause why their claims should not be dismissed for lack of prosecution. Plaintiffs were required to respond on or before September 10, 2010 and were advised that

---

[1] This disposition is not designated for publication in the official reports.

1 failure to respond could result in the dismissal of their claims with prejudice.  (Docket No. 144 at
2 7:6-11.)  Cabrera responded both through a written declaration, (Docket No. 146), and by
3 appearing in person at a hearing held on September 10, 2010, (*see* Docket No. 149).  Cabrera
4 declares that he has participated in each of the "settlement proceedings" that "required [his]
5 attendance."  (Docket No. 146.)

6      Cabrera's declaration and appearance establish good cause with respect to why his claim
7 should not be dismissed for lack of prosecution.  Guerrero, Lee, Morgan, Pierre, Tran, and Webb
8 have not responded to the order to show cause.  Accordingly, the claims of Guerrero, Lee,
9 Morgan, Pierre, Tran, and Webb will be dismissed with prejudice.

10 IT IS SO ORDERED.

12 DATED:  9/20/10

                                                                                                              _____
JEREMY FOGEL
United States District Judge

1 | This Order was served on the following persons:

2 | Adam Wang    adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3 | Grant Andrew Carlson    gcarlson@go4law.com, sgoetz@go4law.com

4 | Tomas Eduardo Margain    margainlaw@hotmail.com, jl.jdblaw@earthlink.net, vsoto.dbm@gmail.com

Luis Cabrera
1501 California Avenue
San Pablo, CA 94806

Xay Lee
286 Judy Dr.
Atwater, CA 95301

James Morgan
5744 Owens Dr. #207
Pleasanton, CA 94588

Jean-Marie Pierre
888 Davis Street #209
San Leandro, CA 94577

Richard Tran
3343 Trebol Lane
San Jose, CA 95148

Henry L. Webb
1184 53rd St.
Oakland, CA 94608

3

Case No. 5:07-cv-05243 JF (PVT)
ORDER DISMISSING WITH PREJUDICE CLAIMS OF CERTAIN PLAINTIFFS FOR FAILURE TO PROSECUTE
(JFEX1)