\*\*E-filed 1/3/2011\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLADIMIR BALAREZO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NTH CONNECT TELECOM, INC., et al.,<br><br>　　　　　Defendants. | Case Number 5:07-cv-05243-JF<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

On December 10, 2010, Plaintiffs filed a motion for extension of time to file a motion for class certification. No opposition has been filed. A case management conference is HEREBY SET for Friday, January 14, 2011, at 10:30 a.m. The Court will take up Plaintiffs' motion at the case management conference.

IT IS SO ORDERED.

Dated: 1/3/2011

_____
JEREMY FOGEL
United States District Judge