| | |
|---|---|
| 1 | Brad Yamauchi, SBN 73245 |
|   | Kevin R. Allen, SBN 237994 |
| 2 | MINAMI TAMAKI, LLP |
|   | 360 Post Street, 8th Floor |
| 3 | San Francisco, CA 94108 |
|   | Tel. (415) 788-9000 |
| 4 | Fax (415) 398-3887 |
|   | byamauchi@minamitamaki.com |
| 5 | kallen@minamitamaki.com |
| 6 | Attorneys for Defendants |
|   | NTH CONNECT TELECOM, INC. |
| 7 | and STEVEN CHEN |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VLADIMIR A. BALAREZO, individually and on behalf of others similarly situated, | ) ) ) | Case No.: C 07-05243 JF (PSG) |
| Plaintiff, | ) ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS NTH CONNECT TELECOM, INC. AND STEVEN CHEN AND [PROPOSED] ORDER** |
| vs. | ) ) | |
| NTH CONNECT TELECOM, INC., AND STEVEN CHEN, | ) ) ) | |
| Defendants. | ) ) ) | |

**TO THE COURT AND ALL PARTIES OF RECORD:**

 PLEASE TAKE NOTICE that Defendants Nth Connect Telecom, Inc. and Steven Chen hereby substitute Minami Tamaki LLP in place and stead of Friedman, Enriquez & Carlson, LLP as their counsel of record in this action.  The contact information for new counsel is as follows:

 Brad Yamauchi, SBN 73245
 Kevin R. Allen, SBN 237994
 MINAMI TAMAKI, LLP
 360 Post Street, 8th Floor
 San Francisco, CA 94108
 Tel. (415) 788-9000
 Fax (415) 398-3887
 byamauchi@minamitamaki.com
 kallen@minamitamaki.com

**MINAMI TAMAKI, LLP**
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

DATED: May 5, 2011       Respectfully submitted,

MINAMI TAMAKI LLP

By:   /s/ Brad Yamauchi
Brad Yamauchi
Kevin R. Allen
Attorneys for Defendants NTH CONNECT TELECOM, INC. and STEVEN CHEN

**CONSENT TO SUBSTITITION OF COUNSEL**

Friedman, Enriquez & Carlson, LLP hereby consents to this substitution

DATED: May 5, 2011       By:   /s/ Grant A. Carlson
Grant A. Carlson
Friedman, Enriquez & Carlson, LLP

**IT IS SO ORDERED:**

DATED: 5/10 , 2011

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

**MINAMI TAMAKI, LLP**
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER