| | |
|---|---|
| 1 | Brad Yamauchi, SBN 73245 |
| | Kevin R. Allen, SBN 237994 |
| 2 | MINAMI TAMAKI, LLP |
| | 360 Post Street, 8th Floor |
| 3 | San Francisco, CA 94108 |
| | Tel. (415) 788-9000 |
| 4 | Fax (415) 398-3887 |
| | byamauchi@minamitamaki.com |
| 5 | kallen@minamitamaki.com |
| 6 | Attorneys for Defendants |
| | NTH CONNECT TELECOM, INC. |
| 7 | and STEVEN CHEN |
| 8 | Adam Wang, SBN 201233 |
| | LAW OFFICES OF ADAM WANG |
| 9 | 12 South First Street, Suite 613 |
| | San Jose, CA 95113 |
| 10 | Tel. (408) 292-1040 |
| | Fax. (408) 416-0248 |
| 11 | adamqwang@gmail.com |
| 12 | Tomas E. Margain, SBN 193555 |
| | LAW OFFICES OF TOMAS E. MARGAIN |
| 13 | 1550 Bryant Street, Suite 725 |
| | San Francisco, CA 94103 |
| 14 | Tel. (415) 861-9600 |
| | Fax. (415) 861-9622 |
| 15 | margainlaw@hotmail.com |
| 16 | Attorneys for Plaintiffs |
| | VLADIMIR BALAREZO and OSMIN AVILA |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VLADIMIR A. BALAREZO, individually and on behalf of others similarly situated, | ) ) ) | Case No.: C 07-05243 JF (PSG) |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | ) ) | |
| NTH CONNECT TELECOM, INC., AND STEVEN CHEN, | ) ) ) | |
| Defendants. | ) ) ) | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1 | Pursuant to Local Rule 6-2, the parties, by and through their respective attorneys, hereby stipulate and respectfully request this Court continue the Case Management Conference scheduled for August 5, 2011.

1. Lead trial counsel for the Defendant has a pre-existing scheduling conflict that he was unable to move and therefore desires a continuance of the August 5, 2011 Case Management Conference for two weeks so that he may participate in the conference.
2. Plaintiffs' counsel has no objection to the continuance;
3. The parties request that the Case Management Conference be continued until 10:30 a.m. on Friday, August 19, 2011;
4. The parties further request that the date by which to file a Joint Case Management Statement be continued to August 12, 2011, one week prior.

**IT IS SO STIPULATED:**

DATED: August 2, 2011                    Respectfully submitted,

                                         MINAMI TAMAKI LLP


                                    By:       /s/ Kevin R. Allen
                                         Brad Yamauchi
                                         Kevin R. Allen
                                         Attorneys for Defendants NTH CONNECT
                                         TELECOM, INC. and STEVEN CHEN

DATED: August 2, 2011                    Respectfully submitted,

                                         LAW OFFICES OF ADAM WANG


                                    By:       /s/ Adam Wang
                                         Adam Wang
                                         Tomas E. Margain
                                         Attorneys for Plaintiffs VLADIMIR
                                         BALAREZO and OSMIN AVILA

1  [PROPOSED] ORDER

2  **PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

3  The Case Management Conference that is currently set for August 5, 2011 at 10:30 a.m. is hereby continued to August 19, 2011 at 10:30 a.m. and a Joint Case Management Conference Statement is due filed one week prior, on August 12, 2011.

**IT IS SO ORDERED:**

DATED: __8/4__, 2011

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE