UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VLADIMIR A. BALAREZO, et al.,

    Plaintiff(s),

    v.

NTH CONNECT TELECOM INC, et al.,

    Defendant(s).
_____/

No. C 07-5243 PJH

**ORDER OF CLARIFICATION**

    The January 18, 2012 Case Management and Pretrial Order sets forth the dates the court assigned at the case management conference for the only proceedings remaining in this litigation – the pretrial conference and the trial. What remains in the order are simply the pretrial instructions that are issued in every case. No further motions, except motions in limine filed within the time limits set in the pretrial order, are permitted.

    **IT IS SO ORDERED.**

Dated: February 6, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge