*E-FILED: February 27, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLADIMIR BALAREZO; ET AL.,<br><br>    Plaintiffs,<br>  v.<br><br>NTH CONNECT TELECOM, INC. ET AL.,<br><br>    Defendants.<br>_____/ | No. C07-05243 HRL<br><br>**ORDER CONTINUING THE PRETRIAL CONFERENCE, REQUIRING SUPPLEMENTAL PRETRIAL SUBMISSIONS, AND REQUIRING THE PARTIES TO SHOW CAUSE RE: IMPOSITION OF SANCTIONS** |

1.  The Pretrial Conference, and all related matters currently set or purportedly "noticed" for March 1, 2013 at 1:30 pm, are continued to March 13, 2013 at 9:30 am.

2.  By 9:00 am March 11, 2013, the parties shall e-file (and simultaneously deliver courtesy copies to chambers) the following:

    a)  A witness list that actually complies with paragraph B(8)(f) of the Court's Standing Order Re: Pretrial Preparation ("Standing Order");

    b)  An exhibit list that actually complies with Paragraph B(8)(g) of the Standing Order (including, if applicable, particularized objections to opposing-party exhibits, as required by paragraph C(4) of the Standing Order);

    c)  An estimate of trial time that actually complies with paragraph B(8)(i) of the Standing Order;

    d)  A *joint* set of proposed jury instructions that actually complies with paragraph B(5) of the Standing Order;

    e)  A "Relief Prayed" statement by plaintiffs that actually complies with paragraph B(8)(h) of the Standing Order; and

f)  A verdict form from plaintiffs as required by paragraph B(6) of the Standing Order.

3. By 1:00 p.m. on March 8, 2013, the parties shall submit to chambers, but not e-file:

a)  Copies of each party's FRCP 26(a) and 26(e) disclosures; and

b)  In a 3-ring binder, properly numbered and tabbed, each side's proposed exhibits.  Plaintiffs are allotted numbers 1-100.  Defendants exhibits will begin with number 101.  Number each page of multi-page exhibits.

4. Furthermore, at the time of the Pretrial Conference, each side shall show cause why sanctions should not be imposed for the following:

a)  Failing to schedule, as ordered on August 8, 2012, a Settlement Conference with Judge Grewal to take place *before* the Pretrial Conference;

b)  Failing to meet and confer as required in the Standing Order;

c)  Failing to make the *joint* submissions required by the Standing Order;

d)  Failing to address fully and responsively each requirement in the Standing Order;

e)  Failing to timely deliver courtesy copies to chambers of pretrial e-filings.

**IT IS SO ORDERED.**

Dated: February 27, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**C07-05243 HRL N**o**tice will be electronically mailed to:**

Adam Wang     adamqwang@gmail.com, evanrhy@gmail.com, jenniferxyzheng@hotmail.com, rosilenda@gmail.com

Brad Yamauchi     byamauchi@MinamiTamaki.com, cparker@MinamiTamaki.com, grafal@minamitamaki.com, kallen@minamitamaki.com, rperez@minamitamaki.com

Glicel E Sumagaysay     gsumagaysay@minamitamaki.com

Kevin Robert Allen     kallen@minamitamaki.com

Tomas Eduardo Margain     Tomas@LaCasaLegal.com, brisa@lacasalegal.com, crronan@gmail.com, huy@lacasalegal.com, margainlaw@hotmail.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**