# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: March 11, 2013                              Time in Court: 7 hours and 15 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (5:07 to 5:12)

**TITLE: Vladimir Balarezo, et al. v. NTH Connect Telecom Inc., et al.**
**CASE NUMBER**: CV07-05243 HRL
Plaintiff Attorney(s) present: Tomas Margain and Adam Wang
Defendant Attorney(s) present: Kevin Allen

### PROCEEDINGS:
**Settlement Conference**

Settlement conference held.
Case settled. Settlement terms placed on the record.

///