*E-FILED: March 15, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLADIMIR BALAREZO; ET AL., | No. C07-05243 HRL |
| Plaintiffs, | **ORDER DIRECTING CERTAIN PLAINTIFFS TO SHOW CAUSE WHY THEIR CLAIMS SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |
| v. | |
| NTH CONNECT TELECOM, INC. ET AL., | |
| Defendants. | |

The court having held a mandatory settlement conference on March 11, 2013, and plaintiffs Jason Dollins and Derek Menze having failed to appear or otherwise participate in the settlement conference, these plaintiffs are ordered to show cause why their claims should not be dismissed for lack of prosecution. An order to show cause hearing is set for **April 2, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113. Dollins and Menze shall file a Joint Statement in response to this Order to Show Cause no later than **March 26, 2013**. In the joint statement, these plaintiffs shall explain their lack of participation in the instant action. Dollins and Menze are warned that their failure to file a Joint Statement and appear at the Order to Show Cause hearing will result in the dismissal of their claims with prejudice.

**IT IS SO ORDERED.**

Dated: March 15, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C07-05243 HRL Order will be electronically mailed to:**

Adam Wang     adamqwang@gmail.com, evanrhy@gmail.com, jenniferxyzheng@hotmail.com, rosilenda@gmail.com

Brad Yamauchi     byamauchi@MinamiTamaki.com, cparker@MinamiTamaki.com, grafal@minamitamaki.com, kallen@minamitamaki.com, rperez@minamitamaki.com

Glicel E Sumagaysay     gsumagaysay@minamitamaki.com

Kevin Robert Allen     kallen@minamitamaki.com

Tomas Eduardo Margain     Tomas@LaCasaLegal.com, brisa@lacasalegal.com, crronan@gmail.com, huy@lacasalegal.com, margainlaw@hotmail.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**