*E-FILED: April 2, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLADIMIR BALAREZO; ET AL., | No. C07-05243 HRL |
| Plaintiffs, | **ORDER DISMISSING WITH PREJUDICE CLAIMS OF CERTAIN PLAINTIFFS FOR FAILURE TO PROSECUTE** |
| v. | |
| NTH CONNECT TELECOM, INC. ET AL., | |
| Defendants. | |

The court held a mandatory settlement conference on March 11, 2013, and plaintiffs Jason Dollins and Derek Menze failed to appear or otherwise participate in the settlement conference. In an order dated March 15, 2013, the Court set a Show Cause Hearing for April 2, 2013 and ordered Dollins and Menze to show cause why their claims should not be dismissed for lack of prosecution. (Dkt. 249.) These plaintiffs were required to respond on or before March 26, 2013 and were advised that failure to respond and appear at the Order to Show Cause hearing would result in the dismissal of their claims with prejudice. Dollins and Menze have not responded to the order to show cause, and they did not personally appear at the order to show cause hearing on April 2, 2013. Accordingly, the claims of Dollins and Menze are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 2, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

*United States District Court — For the Northern District of California*

**C07-05243 HRL Order will be electronically mailed to:**

Adam Wang     adamqwang@gmail.com, evanrhy@gmail.com, jenniferxyzheng@hotmail.com, rosilenda@gmail.com

Brad Yamauchi     byamauchi@MinamiTamaki.com, cparker@MinamiTamaki.com, grafal@minamitamaki.com, kallen@minamitamaki.com, rperez@minamitamaki.com

Glicel E Sumagaysay     gsumagaysay@minamitamaki.com

Kevin Robert Allen     kallen@minamitamaki.com

Tomas Eduardo Margain     Tomas@LaCasaLegal.com, brisa@lacasalegal.com, crronan@gmail.com, huy@lacasalegal.com, margainlaw@hotmail.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**