*E-FILED: April 2, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLADIMIR BALAREZO; ET AL., | No. C07-05243 HRL |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| NTH CONNECT TELECOM, INC. ET AL., | |
| Defendants. | |

The court is informed that, with the exception of plaintiffs Jason Dollins and Derek Menze, whose claims have been dismissed with prejudice, the parties have reached a settlement. The parties shall appear on **June 11, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **June 4, 2013**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: April 2, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C07-05243 HRL Order will be electronically mailed to:**

Adam Wang     adamqwang@gmail.com, evanrhy@gmail.com, jenniferxyzheng@hotmail.com, rosilenda@gmail.com

Brad Yamauchi     byamauchi@MinamiTamaki.com, cparker@MinamiTamaki.com, grafal@minamitamaki.com, kallen@minamitamaki.com, rperez@minamitamaki.com

Glicel E Sumagaysay     gsumagaysay@minamitamaki.com

Kevin Robert Allen     kallen@minamitamaki.com

Tomas Eduardo Margain     Tomas@LaCasaLegal.com, brisa@lacasalegal.com, crronan@gmail.com, huy@lacasalegal.com, margainlaw@hotmail.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**