*E-FILED: May 24, 2013*

ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248
adamqwang@gmail.com

TOMAS E. MARGAIN, Bar No. 193555
84 W. SANTA CLARA ST., STE. 790
SAN JOSE, CA 95113
TEL (408) 317-1100
FAX (408) 351-0105
margainlaw@hotmail.com

Attorney for Plaintiffs
Vladimir Balarezo & Osmin Avila

Brad Yamauchi, SBN 73245
Kevin R. Allen, SBN 237994
Glicel Sumagaysay, SBN 263273
MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887
byamauchi@minamitamaki.com
kallen@minamitamaki.com
gsumagaysay@minamitamaki.com

Attorneys for Defendants
NTH CONNECT TELECOM, INC.
and STEVEN CHEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| VLADIMIR A. BALAREZO, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NTH CONNECT TELECOM, INC., AND STEVEN CHEN,<br><br>　　　　　　　Defendants. | Case No.: C 07-05243 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING THE ENTIRE MATER WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(ii)]** |

- 1 -

WHEREAS, the parties agreed to settle this matter on the record at the March 11, 2013 Settlement Conference before Magistrate Judge Grewal (*see* Dkt. No. 247);

WHEREAS, the parties, through their respective counsel, subsequently negotiated and prepared a written Settlement Agreement detailing the terms and conditions of the settlement;

WHEREAS, all parties and their respective counsel executed a *CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE* (the "Settlement") on or before May 9, 2013;

WHEREAS, the Settlement provides that this litigation shall be dismissed upon the satisfaction of certain conditions precedent;

WHEREAS, all conditions precedent to dismissal have been satisfied at this time; and,

WHEREAS, the Settlement becomes effective, as defined therein, upon dismissal of this lawsuit with prejudice.

IT IS HEREBY **STIPULATED** BY ALL PARTIES HERETO that:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties, by and through their respective attorneys, hereby stipulate and respectfully request that this Court enter an Order dismissing this litigation with prejudice.

DATED: May 22, 2013                           Respectfully submitted,

                                              MINAMI TAMAKI LLP


                                        By:   /s/ Kevin R. Allen
                                              Brad Yamauchi
                                              Kevin R. Allen
                                              Attorneys for Defendants NTH CONNECT
                                              TELECOM, INC. and STEVEN CHEN

DATED: May 22, 2013                           LAW OFFICES OF TOMAS E. MARGAIN


                                        By:   /s/ Tomas E. Margain
                                              Adam Wang
                                              Tomas E. Margain
                                              Attorneys for Plaintiffs

1 | **[PROPOSED] ORDER**
2 | **PURSUANT TO STIPULATION, IT IS ORDERED** that**:**
3 | This matter is dismissed with prejudice.
4 |
5 | IT IS SO **ORDERED**.
6 |
7 | DATED: May 24, 2013
8 | THE HONORABLE HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

- 4 -

Stipulation and [Proposed] Order Dismissing The Entire Mater With Prejudice [Fed. R. Civ. P. 41(a)(1)(ii)]